UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARY BAUMAN, MARY JANE BAUMAN, and JENNIFER NOSALEK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MLS PROPERTY INFORMATION NETWORK, INC., REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX, LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>Defendants. | **ORAL ARGUMENT REQUESTED**<br><br>No: 1:20-CV-12244 |

## DEFENDANT RE/MAX, LLC'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant RE/MAX, LLC ("RMLLC") respectfully moves this Court to dismiss Plaintiffs' Complaint against it because the Complaint fails to state a claim upon which relief may be granted. Specifically, as more fully set forth in the attached Memorandum in Support, Plaintiffs completely fail, in particular as to RMLLC, to allege a conscious commitment to a common scheme designed to achieve an unlawful objective, as required under Section 1 of the Sherman Act and the analogous state antitrust laws.

Plaintiffs, therefore, have failed to state a claim against RMLLC upon which relief can be granted and their Complaint should be dismissed.

1

## REQUEST FOR ORAL ARGUMENT

Pursuant to the Local Rule 7.1(d), RMLLC respectfully requests that the Court allow oral argument on its Motion to Dismiss.

Dated: March 1, 2021

/s/ *Jeffrey A. LeVee*
Kate Wallace (BBO #665503)
kwallace@jonesday.com
JONES DAY
100 High Street
21st Floor
Boston, MA 02110
(617) 960-3939

Jeffrey A. LeVee (pro hac vice)
jlevee@jonesday.com
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
(213) 489-3939

Jeremy J. Gray (pro hac vice)
jjgray@jonesday.com
Eddie Hasdoo (pro hac vice)
ehasdoo@jonesday.com
JONES DAY
77 W. Wacker Dr., Suite 3500
Chicago, Illinois 60601
(312) 782-3939

*Counsel for RE/MAX, LLC*

## LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1, I certify that the Parties have conferred in attempt to resolve this matter and narrow the issues and could not do so.  Following review and consideration, RMLLC submits this Motion.  Plaintiffs' counsel has confirmed that they will not raise any arguments concerning Local Rule 7.1 when opposing RMLLC's motion to dismiss.

Dated: March 1, 2021

Respectfully submitted,

*/s/ Jeffrey A. LeVee*
Jeffrey A. LeVee
*Counsel for RE/MAX, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of March, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will provide electronic notification to all counsel of record.

*/s/ Jeffrey A. LeVee*
Jeffrey A. LeVee
