UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARY BAUMAN, MARY JANE BAUMAN, and JENNIFER NOSALEK, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>MLS PROPERTY INFORMATION NETWORK, INC., REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSFAFFILIATES, LLC, RE/MAX, LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>　　　　Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*　Civil Action No. 1:20-cv-12244-IT<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

## SCHEDULING ORDER

June 4, 2021

TALWANI, D.J.

　　This Scheduling Order is intended to provide a reasonable timetable for discovery and motion practice in order to help ensure a fair and just resolution of this matter without undue expense or delay.

### Timetable for Discovery and Motion Practice

　　Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(f), it is hereby ORDERED that:

1.　**Initial Disclosures.** Initial disclosures required by Fed. R. Civ. P. 26(a)(1) and by this court's Notice of Scheduling Conference must be completed **within thirty days** of the court's ruling on Defendants' motions to dismiss.

2.　**Answers.** Answers must be served **within thirty days** of the court's ruling on Defendants' motions to dismiss.

3.　**Amendments to Pleadings.** Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed more than **thirty days after** the court's ruling on Defendants' motions to dismiss.

4. **Fact Discovery – Interim Deadlines.**
   a. All requests for production of documents and interrogatories must be served **within six months** of the court's ruling on Defendants' motions to dismiss.
   b. Substantial completion of document production must occur **within nine months** of the court's ruling on Defendants' motions to dismiss.

5. **Fact Discovery – Final Deadline.** All discovery, other than expert discovery, must be completed **within thirteen months** of the court's ruling on Defendants' motions to dismiss.

6. **Status Conference.** A status conference will be scheduled by the court at the close of fact discovery.

7. **Dispositive Motions and Expert Discovery. Counsel shall propose** a schedule for class certification motions and expert discovery in advance of the post-fact discovery status conference.

## Procedural Provisions

8. **Extension of Deadlines.** Motions to extend or modify deadlines will be granted only for good cause shown. All motions to extend shall contain a brief statement of the reasons for the request; a summary of the discovery, if any, that remains to be taken; and a specific date when the requesting party expects to complete the additional discovery, join other parties, amend the pleadings, or file a motion.

9. **Motions to Compel or Prevent Discovery.** Except for good cause shown, motions to compel discovery, motions for protective orders, motions to quash, motions to strike discovery responses, and similar motions must be filed no later than seven days after the close of fact discovery or the close of expert discovery, whichever deadline is relevant. If additional discovery is compelled by the court after the relevant deadline has passed, the court may enter such additional orders relating to discovery as may be appropriate.

10. **Status Conferences.** The court has scheduled a status conference after (or close to) the close of fact discovery for case management purposes.

11. **Additional Conferences.** Upon request of counsel, or at the court's own initiative, additional case-management or status conferences may be scheduled.

12. **Early Resolution of Issues.** The court recognizes that, in some cases, early resolution of one or more preliminary issues may remove a significant impediment to settlement or otherwise expedite resolution of the case. Counsel are encouraged to confer and jointly advise the court of any such issues.

June 4, 2021                                          /s/ Indira Talwani
                                                      United States District Judge