UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARY BAUMAN, MARY JANE BAUMAN, and JENNIFER NOSALEK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>MLS PROPERTY INFORMATION NETWORK, INC., REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>Defendants. | No. 1:20-cv-12244-PBS<br><br>CLASS ACTION<br><br>October 19, 2021 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiffs Gary Bauman and Mary Jane Bauman voluntarily dismiss their claims in this action without prejudice and will no longer be named plaintiffs. This voluntary dismissal has no effect on Mr. Bauman's and Ms. Bauman's ability to be members of any class that might be certified, and has no effect on the claims of Plaintiff Jennifer Nosalek.

Dated: October 19, 2021

Respectfully submitted,

*/s/ Seth R. Klein*

Douglas P. Needham, BBO No. 67101
Robert A. Izard (*pro hac vice*)
Craig A. Raabe (*pro hac vice*)
Seth R. Klein (*pro hac vice*)
Christopher M. Barrett (*pro hac vice*)

1

IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
(860) 493-6292
(860) 493-6290 fax

dneedham@ikrlaw.com
rizard@ikrlaw.com
craabe@ikrlaw.com
sklein@ikrlaw.com
cbarrett@ikrlaw.com

***Attorneys for Plaintiffs***

## **CERTIFICATE OF SERVICE**

      I, Seth Klein, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing on October 19, 2021.

                                        */s/ Seth R. Klein*
                                        Seth R. Klein