UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER NOSALEK, RANDY HIRSCHORN, and TRACEY HIRSCHORN, individually and on behalf of all others similarly situated, | No. 1:20-cv-12244-PBS |
| Plaintiffs, | CLASS ACTION |
| vs. | |
| MLS PROPERTY INFORMATION NETWORK, INC., REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX LLC, and KELLER WILLIAMS REALTY, INC., | AUGUST 5, 2022 |
| Defendants. | |

## **MOTION TO COMPEL AS TO DEFENDANT REALOGY HOLDINGS CORP.**

Pursuant to Local Rule 37.1, Plaintiffs respectfully move this Court to require Defendant

Realogy Holdings Corp. ("Realogy") to produce all documents relating to its nationwide

implementation of the "Buyer Broker Commission Rule" (the "Rule"). At a minimum, Realogy

should be required to produce documents in accord with the agreement reached by Plaintiffs and

every other Defendant on this issue.

In support of this Motion, Plaintiffs respectfully submit the accompanying memorandum

of law and Exhibit A thereto.

## **REQUEST FOR ORAL ARGUMENT**

Plaintiffs respectfully request oral argument on this motion to respond to any arguments

raised by Realogy in any opposition it may file and to address any questions that the Court may

have.

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 37.1

As detailed in the accompanying memorandum, the undersigned hereby certifies pursuant to Local Rule 37.1(b) that the provisions of Rule 37.1 have been complied with.

Dated: August 5, 2022

Respectfully submitted,

*/s/ Seth R. Klein*

Douglas P. Needham, BBO No. 67101
Robert A. Izard (*pro hac vice*)
Craig A. Raabe (*pro hac vice*)
Seth R. Klein (*pro hac vice*)
Christopher M. Barrett (*pro hac vice*)

IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
(860) 493-6292
(860) 493-6290 fax

dneedham@ikrlaw.com
rizard@ikrlaw.com
craabe@ikrlaw.com
sklein@ikrlaw.com
cbarrett@ikrlaw.com

***Attorneys for Plaintiffs***

## **Rule 7.1 Certification**

Pursuant to Local Rule 7.1(a)(2), counsel for Plaintiffs and for Realogy conferred by correspondence, telephone and video conference as set forth in the accompanying memorandum of law, and were unable to resolve the dispute raised in this motion.

Dated: August 5, 2022                                  Respectfully submitted,

                                                                        */s/ Seth R. Klein*
                                                                        Douglas P. Needham, BBO No. 67101
                                                                        Seth R. Klein (*pro hac vice*)
                                                                        Robert A. Izard (*pro hac vice*)
                                                                        Craig A. Raabe (*pro hac vice*)
                                                                        Christopher M. Barrett (*pro hac vice*)

                                                                        IZARD, KINDALL & RAABE, LLP
                                                                        29 South Main Street, Suite 305
                                                                        West Hartford, CT 06107
                                                                        (860) 493-6292
                                                                        (860) 493-6290 fax

                                                                        dneedham@ikrlaw.com
                                                                        rizard@ikrlaw.com
                                                                        craabe@ikrlaw.com
                                                                        cbarrett@ikrlaw.com

                                                                        ***Attorneys for Plaintiffs***

- 4 -

## CERTIFICATE OF SERVICE

I, Seth R. Klein, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing on August 5, 2022.

*/s/ Seth R. Klein*
Seth R. Klein