UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JENNIFER NOSALEK, RANDY HIRSCHORN, and TRACEY HIRSCHORN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MLS PROPERTY INFORMATION NETWORK, INC., ANYWHERE REAL ESTATE INC. (F/K/A REALOGY HOLDINGS CORP.), CENTURY 21 REAL ESTATE LLC, COLDWELL BANKER REAL ESTATE LLC, SOTHEBY'S INTERNATIONAL REALTY AFFILIATES LLC, BETTER HOMES AND GARDENS REAL ESTATE LLC, ERA FRANCHISE SYSTEMS LLC, HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX LLC, POLZLER & SCHNEIDER HOLDINGS CORPORATION, INTEGRA ENTERPRISES CORPORATION, RE/MAX OF NEW ENGLAND, INC., RE/MAX INTEGRATED REGIONS, LLC and KELLER WILLIAMS REALTY, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No: 1:20-CV-12244-PBS<br><br><br>CLASS ACTION |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT, CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS, APPROVAL OF SETTLEMENT NOTICE PLAN, AND SCHEDULING OF FINAL APPROVAL HEARING**

Plaintiffs Jennifer Nosalek, Randy Hirschorn and Tracy Hirschorn, individually and on behalf of the Settlement Class (as defined in the Settlement Agreement, submitted as Exhibit A to the accompanying Declaration of Seth R. Klein), respectfully move this Court for preliminary approval of a class action settlement and related relief (as set forth below). Specifically, as set forth in the accompanying Memorandum of Law, Plaintiff respectfully moves the Court for entry of an order:

(1) Preliminarily approving the Settlement as set forth in the Settlement Agreement;

(2) Preliminarily certifying the Settlement Class pursuant to Fed. R. Civ. Proc. 23(b)(2);

(3) Preliminarily appointing Plaintiffs Jennifer Nosalek, Randy Hirschorn, and Tracey Hirschorn as the Settlement Class Representatives;

(4) Preliminarily appointing Robert A. Izard and Seth R. Klein of Izard Kindall and Raabe LLP, and Christopher A. Lebsock and Jose Roman Lavergne of Hausfeld LLP counsel as Class Counsel;

(5) Approving the proposed Settlement Notice;

(6) Appointing Kroll Settlement Administration LLC as Settlement Administrator; and

(7) Scheduling a Final Approval Hearing.

In connection with Preliminary Approval, Plaintiffs respectfully request that the following schedule be set:

| **EVENT** | **SCHEDULED DATE** |
|---|---|
| Deadline for commencement of Notice Plan (mailing of Postcard Notice, start of social media campaign, publication of first publication notice, issuance of press release, and launch of Settlement website) | 40 days after entry of Preliminary Approval Order |
| Motion(s) for and memoranda in support of (i) Final Approval of Settlement and (ii) Fee, Expense and Litigation Fund Application | 45 days after entry of Preliminary Approval Order |
| Last day for objections to the Settlement to be filed with the Court and sent to counsel | 28 days before date set by Court for Final Approval Hearing |
| Parties file responses to any filed objections and any other reply briefs in support of Final Approval and Fee, Expense and Litigation Fund Application | 14 days before date set by Court for Final Approval Hearing |
| Final Approval Hearing | At the convenience of the Court, not less than 110 days after entry of Preliminary Approval Order |

In support of this Motion, Plaintiffs have filed a Memorandum of Law, the supporting Declaration of Seth R. Klein (including the Settlement Agreement and other Exhibits), the supporting Declaration of Jeanne C. Finegan (Managing Director and Head of Kroll Notice Media Solutions), and a [Proposed] Preliminary Approval Order.

Dated: June 30, 2023                              Respectfully submitted,

                                                  */s/ Seth R. Klein*
                                                  _____
                                                  Douglas P. Needham, BBO No. 67101
                                                  Robert A. Izard (*pro hac vice*)
                                                  Craig A. Raabe (*pro hac vice*)
                                                  Seth R. Klein (*pro hac vice*)
                                                  Christopher M. Barrett (*pro hac vice*)
                                                  IZARD, KINDALL & RAABE, LLP
                                                  29 South Main Street, Suite 305
                                                  West Hartford, CT 06107
                                                  (860) 493-6292
                                                  (860) 493-6290 fax
                                                  dneedham@ikrlaw.com
                                                  rizard@ikrlaw.com
                                                  craabe@ikrlaw.com
                                                  sklein@ikrlaw.com
                                                  cbarrett@ikrlaw.com

                                                  Christopher L. Lebsock *(pro hac vice)*
                                                  HAUSFELD LLP
                                                  600 Montgomery Street
                                                  Suite 3200
                                                  San Francisco, CA 94111
                                                  (415) 633-1908
                                                  clebsock@hausfeld.com

                                                  Jose Roman Lavergne *(pro hac vice)*
                                                  HAUSFELD LLP
                                                  888 16th Street, N.W.
                                                  Suite 300
                                                  Washington, D.C., 20006
                                                  (202) 540-7200
                                                  jlavergne@hausfeld.com
                                                  ***Attorneys for Plaintiffs***

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed with the

Court and electronically served through the CM-ECF system which will send a notification of

such filing to all counsel of record.

Dated: June 30, 2023

 */s/ Seth R. Klein*_____
 Seth R. Klein