UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER NOSALEK, RANDY HIRSCHORN, and TRACEY HIRSCHORN, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>MLS PROPERTY INFORMATION NETWORK, INC., ANYWHERE REAL ESTATE INC. (F/K/A REALOGY HOLDINGS CORP.), CENTURY 21 REAL ESTATE LLC, COLDWELL BANKER REAL ESTATE LLC, SOTHEBY'S INTERNATIONAL REALTY AFFILIATES LLC, BETTER HOMES AND GARDENS REAL ESTATE LLC, ERA FRANCHISE SYSTEMS LLC, HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX LLC, POLZLER & SCHNEIDER HOLDINGS CORPORATION, INTEGRA ENTERPRISES CORPORATION, RE/MAX OF NEW ENGLAND, INC., RE/MAX INTEGRATED REGIONS, LLC, AND KELLER WILLIAMS REALTY, INC.,<br><br>        Defendants. | Case No. 1:20-cv-12244-PBS<br>Judge Patti B. Saris |

## DEFENDANT MLS PROPERTY INFORMATION NETWORK'S ASSENTED-TO MOTION FOR A BRIEF CONTINUANCE OF PRELIMINARY APPROVAL HEARING

Now comes Defendant MLS Property Information Network, Inc., ("MLS PIN") who respectfully brings this assented-to motion to continue the hearing on Plaintiffs' Motion for Order to Preliminarily Approve Settlement Agreement, Conditionally Certify Settlement Class, Approve Settlement Notice Plan, and Schedule Final Approval Hearing.

In support of this assented-to motion, MLS PIN represents that it needs additional time to prepare for this hearing. Due to summer travel plans of various counsel, MLS PIN requests a date as soon as possible after August 8, 2023.

All parties, including Plaintiffs, assent to MLS PIN filing this motion.

                                              Respectfully submitted,

                                          */s/Jon M. Anderson*
                                          Jon M. Anderson (BBO No. 557962)
                                          Brennan, Recupero, Cascione,
                                          Scungio & McAllister, LLP
                                          362 Broadway
                                          Providence, RI 02909
                                          Email: janderson@brcsm.com
                                          Tel: 401-453-2300
                                          Fax: 401-453-2345
                                          ***Counsel for Defendant***
                                          ***MLS PROPERTY INFORMATION***
                                          ***NETWORK, INC.***

Date: July 13, 2023

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)

I, Jon M. Anderson, counsel for Defendant MLS Property Information Network, Inc., hereby certify that counsel have assented to this motion.

                                            */s/ Jon M. Anderson*
                                            Jon M. Anderson