UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER NOSALEK, <br> RANDY HIRSCHORN, and <br> TRACEY HIRSCHORN, individually and on <br> behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> MLS PROPERTY INFORMATION <br> NETWORK, INC., ANYWHERE REAL ESTATE <br> INC. (F/K/A REALOGY HOLDINGS CORP.), <br> CENTURY 21 REAL ESTATE LLC, COLDWELL <br> BANKER REAL ESTATE LLC, SOTHEBY'S <br> INTERNATIONAL REALTY AFFILIATES LLC, <br> BETTER HOMES AND GARDENS REAL <br> ESTATE LLC, ERA FRANCHISE SYSTEMS LLC, <br> HOMESERVICES OF AMERICA, INC., BHH <br> AFFILIATES, LLC, HSF AFFILIATES, LLC, <br> RE/MAX LLC, POLZLER & SCHNEIDER <br> HOLDINGS CORPORATION, INTEGRA <br> ENTERPRISES CORPORATION, RE/MAX OF <br> NEW ENGLAND, INC., RE/MAX INTEGRATED <br> REGIONS, LLC and KELLER WILLIAMS <br> REALTY, INC., <br><br> Defendants. | **ORAL ARGUMENT REQUESTED** <br><br> No: 1:20-cv-12244-PBS |

**HOMESERVICES DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Defendants HomeServices of America, Inc., BHH Affiliates, LLC, and HSF Affiliates, LLC (collectively, the "HomeServices Defendants") move for summary judgment with respect to the element of conspiracy critical to Plaintiffs' Sherman Act claim.

The grounds that support the HomeServices Defendants' motion here are set forth in the accompanying HomeServices Defendants' Memorandum in Support their Motion for Summary Judgment.

1

Dated:  July 14, 2023	Respectfully submitted,

*/s/ Geoffrey M. Raux*
Geoffrey M. Raux
FOLEY & LARDNER LLP
111 Huntington Ave.
Boston, MA 02199
graux@foley.com

Jay N. Varon, *pro hac vice*
Jennifer M. Keas, *pro hac vice*
FOLEY & LARDNER LLP
3000 K Street NW, Ste. 600
Washington DC 20007
jvaron@foley.com
jkeas@foley.com

Robert D. MacGill, *pro hac vice*
Scott E. Murray, *pro hac vice*
Matthew T. Ciulla, *pro hac vice*
MACGILL PC
156 E. Market St., Ste. 1200
Indianapolis, IN 46204
robert.macgill@macgilllaw.com
scott.murray@macgilllaw.com
matthew.ciulla@macgilllaw.com

***Attorneys for Defendants HomeServices of America, Inc., BHH Affiliates, LLC, and HSF Affiliates, LLC***

4868-7074-8527.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of July 2023, I electronically filed the foregoing **HomeServices Defendants' Motion for Summary Judgment** with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record for this case.

                                            */s/ Geoffrey M. Raux*
                                            An attorney for Defendants HomeServices of America, Inc., HSF Affiliates, LLC, and BHH Affiliates, LLC

4868-7074-8527.1