UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER NOSALEK, RANDY HIRSCHORN and TRACEY HIRSCHORN, individually and on behalf of all others similarly situated, | No. 1:20-cv-12244-PBS |
| Plaintiffs, | |
| vs. | CLASS ACTION |
| MLS PROPERTY INFORMATION NETWORK, INC., REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX LLC, and KELLER WILLIAMS REALTY, INC., | July 14, 2023 |
| Defendants. | |

## JOINT PROPOSED LITIGATION SCHEDULE

Pursuant to this Court's request at the June 16, 2023, status conference and the subsequent Order of this Court [ECF 188], Plaintiffs and Defendants in this action hereby jointly submit the following proposed schedule for the conduct of this litigation.

### I.   Targeted Motions for Summary Judgment

As suggested by the Court during the June 16 status conference as a way to obtain early resolution of certain issues and narrow the scope of this litigation, the HomeServices Defendants have on this date filed a targeted motion for summary judgment relating to issues of conspiracy and control. Plaintiffs are in the process of reviewing the motion, but Plaintiffs and HomeServices are committed to a prompt resolution, and will submit by July 21, 2023, a suggested schedule for the Court's consideration that will propose deadlines for targeted

discovery related to the motion and for opposition and reply briefing. This discovery and briefing will be in parallel with the general litigation schedule proposed in Part II below.

Should any of the other Defendants opt to file an "early" and targeted motion for summary judgment, Plaintiffs will work with those Defendants to negotiate a reasonable schedule for briefing of the motion in light of the overall general schedule in this case.  Should any Defendant file a motion for summary judgment prior to the class certification deadline set forth in this case, Plaintiffs do not object to that Defendant filing a subsequent motion for summary judgment, or joining a subsequently filed motion for summary judgment.

**II.**     **General Litigation Proposed Schedule**

As an overarching matter, and separate from any potential "early" motions for summary judgment, Plaintiffs and Defendants jointly propose the following schedule. As set forth below, although specific deadlines in the current schedule (which covered through class certification briefing) are extended by various amounts, the cumulative effect of the below proposal is to extend the dates in the current schedule only by a total of six weeks (as opposed to the six months in Plaintiffs' Second Motion to Modify Schedule [ECF 184], which was denied by the Court [ECF 185]). In addition, the below proposed schedule provides proposed dates beyond the current schedule and extends through completion of all expert discovery and post-discovery motions for summary judgment.

| **PROPOSED LITIGATION SCHEDULE THROUGH CLASS CERTIFICATION** | | |
|---|---|---|
| **EVENT** | **CURRENT DEADLINE** | **PROPOSED REVISED DEADLINE** |
| Except as set forth below, requests for production and interrogatories may not be served after | June 1, 2023 | November 1, 2023 |
| Documents will be produced on a rolling basis, but must be substantially completed on or before | September 1, 2023 | February 1, 2024 |
| Except as set forth below, close of fact discovery including depositions | December 1, 2023 | March 1, 2024 |
| Plaintiffs file motion for class certification and class certification expert reports | February 5, 2024 | April 1, 2024 |
| Deadline for Defendants to depose Plaintiffs' class certification experts | March 8, 2024 | May 3, 2024 |
| Defendants file responses to motion for class certification and expert reports and any *Daubert* motions regarding Plaintiffs' class certification experts | May 6, 2024 | July 1, 2024 |
| Deadline for Plaintiffs to depose Defendants' class certification experts | June 10, 2024 | August 1, 2024 |
| Deadline for Parties to serve supplemental fact discovery limited to new facts first disclosed in any Party's class certification briefing or facts underlying new fact-based arguments first raised in any Party's class certification briefing | June 10, 2024 | August 16, 2024 |
| Plaintiffs file reply briefs and reply expert reports in support of class certification; oppositions to Defendants' *Daubert* motions; and any *Daubert* motions regarding Defendants' class certification experts | August 12, 2024 | October 1, 2024 |
| Defendants file sur-reply briefs in further opposition to class certification | August 22, 2024 | October 11, 2024 |

| Defendants file oppositions to Plaintiffs' *Daubert* motions and replies in support of Defendants' *Daubert* motions regarding Plaintiffs' class certification experts | September 9, 2024 | November 1, 2024 |
|---|---|---|
| Plaintiffs file replies in support of Plaintiffs' *Daubert* motions regarding Defendants' class certification experts | October 1, 2024 | November 22, 2024 |
| Close of merits fact discovery | November 1, 2024 | December 13, 2024 |
| Deadline for parties to disclose experts and serve merits expert reports on issues for which party has burden of proof | | February 28, 2025 |
| Deadline for all parties to depose disclosed merits experts | | April 11, 2025 |
| Deadline for all parties to submit rebuttal expert reports | | May 16, 2025 |
| Deadline for all parties to submit reply expert reports and close of merits expert discovery | | June 13, 2025 |
| Deadline for parties to file motions for summary judgment | | June 13, 2025 |
| Deadline for parties to serve oppositions to motions for summary judgment | | July 18, 2025 |
| Deadline for parties to serve replies in further support of motions for summary judgment | | August 15, 2025 |
| Status conference to set schedule for motions *in limine*, trial memo and trial | | At convenience of Court following ruling on motions for summary judgment |

If it would assist the Court, the parties respectfully request a status conference to discuss the above proposal.

Dated: July 14, 2023    Respectfully submitted,

         */s/ Seth R. Klein*
       Douglas P. Needham, BBO No. 67101
       Robert A. Izard (*pro hac vice*)

4

Craig A. Raabe (*pro hac vice*)
Seth R. Klein (*pro hac vice*)
Christopher M. Barrett (*pro hac vice*)

IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
(860) 493-6292
(860) 493-6290 fax

dneedham@ikrlaw.com
rizard@ikrlaw.com
craabe@ikrlaw.com
sklein@ikrlaw.com
cbarrett@ikrlaw.com


Christopher L. Lebsock (*pro hac vice*)
HAUSFELD LLP
600 Montgomery Street
Suite 3200
San Francisco, CA 94111
(415) 633-1908
clebsock@hausfeld.com


Jose Roman Lavergne (*pro hac vice*)
HAUSFELD LLP
888 16th Street, N.W.
Suite 300
Washington, DC 20006
(202) 540-7200
jlavergne@hausfeld.com


***Attorneys for Plaintiffs***

## Rule 7.1 Certification

Pursuant to Local Rule 7.1(a)(2), counsel for all Parties conferred regarding the above schedule proposal and all parties join in the proposal.

Dated: July 14, 2023

Respectfully submitted,

*/s/ Seth R. Klein*

Douglas P. Needham, BBO No. 67101
Seth R. Klein (*pro hac vice*)
Robert A. Izard (*pro hac vice*)
Craig A. Raabe (*pro hac vice*)
Christopher M. Barrett (*pro hac vice*)

IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
(860) 493-6292
(860) 493-6290 fax

dneedham@ikrlaw.com
rizard@ikrlaw.com
craabe@ikrlaw.com
cbarrett@ikrlaw.com

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I, Seth R. Klein, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing on July 14, 2023.


*/s/ Seth R. Klein*
Seth R. Klein