UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER NOSALEK, RANDY HIRSCHORN and TRACEY HIRSCHORN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>MLS PROPERTY INFORMATION NETWORK, INC., REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>Defendants. | No. 1:20-cv-12244-PBS<br><br>CLASS ACTION<br><br>July 21, 2023 |

## JOINT PROPOSED BRIEFING SCHEDULE FOR HOMESERVICES DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Part I of the Joint Proposed Litigation Schedule [ECF 205], Plaintiffs and the HomeServices Defendants ("HSDs") respectfully submit the following joint proposed scheduling for briefing on the HSDs' pending motion for summary judgment [ECF 203].

- Plaintiffs and the HSDs have agreed on motion-related written and document discovery to be produced by the HSDs, which the HSDs hope to be able to produce within thirty (30) days of this date.

- Plaintiffs will have until sixty (60) days after completion of the HSDs' motion-related production to complete any motion-related depositions and third-party discovery and to file their anticipated opposition to the HSDs' motion for summary judgment.

- The HSDs will have twenty-one (21) days after Plaintiffs file any opposition memo to file any reply in support of their motion.

Under the foregoing schedule, Plaintiffs and the HSDs anticipate that the HSDs' motion for summary judgment should be ready for argument and adjudication by the Court by approximately mid-November, 2023.

If it would assist the Court, Plaintiffs and the HSDs respectfully request a status conference to discuss the above proposal. Plaintiffs and the HSDs are also prepared to file such interim status reports as the Court may request, such as when the HSDs' production is completed.

Dated: July 21, 2023                               Respectfully submitted,

                                                                    */s/ Seth R. Klein*
                                                   Douglas P. Needham, BBO No. 67101
                                                   Robert A. Izard (*pro hac vice*)
                                                   Craig A. Raabe (*pro hac vice*)
                                                   Seth R. Klein (*pro hac vice*)
                                                   Christopher M. Barrett (*pro hac vice*)

                                                   IZARD, KINDALL & RAABE, LLP
                                                   29 South Main Street, Suite 305
                                                   West Hartford, CT 06107
                                                   (860) 493-6292
                                                   (860) 493-6290 fax

                                                   dneedham@ikrlaw.com
                                                   rizard@ikrlaw.com
                                                   craabe@ikrlaw.com
                                                   sklein@ikrlaw.com
                                                   cbarrett@ikrlaw.com

                                                   Christopher L. Lebsock (*pro hac vice*)
                                                   HAUSFELD LLP
                                                   600 Montgomery Street
                                                   Suite 3200
                                                   San Francisco, CA 94111
                                                   (415) 633-1908
                                                   clebsock@hausfeld.com

                Jose Roman Lavergne (*pro hac vice*)
                HAUSFELD LLP
                888 16th Street, N.W.
                Suite 300
                Washington, DC 20006
                (202) 540-7200
                jlavergne@hausfeld.com

                ***Attorneys for Plaintiffs***

**Rule 7.1 Certification**

Pursuant to Local Rule 7.1(a)(2), counsel for Plaintiffs and the HomeServices Defendants conferred regarding the above schedule proposal and all parties join in the proposal.

Dated: July 21, 2023               Respectfully submitted,

                                                    */s/ Seth R. Klein*
                                   Douglas P. Needham, BBO No. 67101
                                   Seth R. Klein (*pro hac vice*)
                                   Robert A. Izard (*pro hac vice*)
                                   Craig A. Raabe (*pro hac vice*)
                                   Christopher M. Barrett (*pro hac vice*)

                                   IZARD, KINDALL & RAABE, LLP
                                   29 South Main Street, Suite 305
                                   West Hartford, CT 06107
                                   (860) 493-6292
                                   (860) 493-6290 fax

                                   dneedham@ikrlaw.com
                                   rizard@ikrlaw.com
                                   craabe@ikrlaw.com
                                   cbarrett@ikrlaw.com

                                   ***Attorneys for Plaintiffs***

## **CERTIFICATE OF SERVICE**

    I, Seth R. Klein, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing on July 21, 2023.

                                              */s/ Seth R. Klein*
                                              Seth R. Klein