UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER NOSALEK, RANDY HIRSCHORN and TRACEY HIRSCHORN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>MLS PROPERTY INFORMATION NETWORK, INC., REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>Defendants. | No. 1:20-cv-12244-PBS<br><br>CLASS ACTION<br><br>August 30, 2023 |

## JOINT PROPOSED SCHEDULE FOR MEDIATION

Pursuant to this Court's Order [ECF 216], Plaintiffs and Corporate Defendants (collectively, the "Parties") hereby propose that they submit to the Court either (a) the name of a private mediator or (b) propose a submission to a Magistrate Judge no later than November 15, 2023, with a target mediation date of mid-December 2023 or as soon thereafter as practicable for the mediator or Magistrate Judge.

In support of this proposed schedule, the parties state as follows:

1. Pending final confirmation from Judge Stephen R. Bough of the United States District Court for the Western District of Missouri, all of the Corporate Defendants in this action will likely be engaged in the trial in *Burnett v. National Assoc. of Realtors,* 19-cv-00332-SRB (W.D. Mo.) beginning on October 16, 2023, and lasting for several weeks. The Parties respectfully submit that a

mediation in this case will be most productive after the conclusion of the *Burnett* trial.

2. Pursuant to the Court's scheduling Order [ECF 218] concerning argument on the HomeServices Defendants' pending motion for summary judgment, HomeServices' motion will be fully briefed by the end of November 2023, with argument to occur on December 6, 2023. The Parties respectfully submit that a mediation will be most productive after completion of briefing and oral argument on HomeServices' motion.

3. The proposed mediation schedule will allow the parties ample time for any additional sessions that may be warranted in advance of the start of class certification briefing (Plaintiffs' motion for class certification is due on April 1, 2024; *see* [ECF 215]), so that, if a resolution is possible, the parties will have time to negotiate prior to the Court needing to expend resources on a motion for class certification.

WHEREFORE, the Parties respectfully propose that they submit the name of a private mediator or propose a submission to a Magistrate Judge to the Court no later than November 15, 2023, with a target mediation date of mid-December 2023 or as soon thereafter as practicable for the mediator or Magistrate Judge.

Dated: August 30, 2023                    Respectfully submitted,

                                          */s/ Seth R. Klein*
                                          Douglas P. Needham, BBO No. 67101
                                          Robert A. Izard (*pro hac vice*)
                                          Craig A. Raabe (*pro hac vice*)
                                          Seth R. Klein (*pro hac vice*)

Christopher M. Barrett (*pro hac vice*)

IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
(860) 493-6292
(860) 493-6290 fax

dneedham@ikrlaw.com
rizard@ikrlaw.com
craabe@ikrlaw.com
sklein@ikrlaw.com
cbarrett@ikrlaw.com

Christopher L. Lebsock (*pro hac vice*)
HAUSFELD LLP
600 Montgomery Street
Suite 3200
San Francisco, CA 94111
(415) 633-1908
clebsock@hausfeld.com

Jose Roman Lavergne (*pro hac vice*)
HAUSFELD LLP
888 16th Street, N.W.
Suite 300
Washington, DC 20006
(202) 540-7200
jlavergne@hausfeld.com

***Attorneys for Plaintiffs***

## Rule 7.1 Certification

Pursuant to Local Rule 7.1(a)(2), counsel for all Parties conferred regarding the above joint proposed mediation schedule, and all Parties join in the proposal.

Dated: August 30, 2023                               Respectfully submitted,

                                                                     */s/ Seth R. Klein*
                                                         Douglas P. Needham, BBO No. 67101
                                                         Seth R. Klein (*pro hac vice*)
                                                         Robert A. Izard (*pro hac vice*)
                                                         Craig A. Raabe (*pro hac vice*)
                                                         Christopher M. Barrett (*pro hac vice*)

                                                         IZARD, KINDALL & RAABE, LLP
                                                         29 South Main Street, Suite 305
                                                         West Hartford, CT 06107
                                                         (860) 493-6292
                                                         (860) 493-6290 fax

                                                         dneedham@ikrlaw.com
                                                         rizard@ikrlaw.com
                                                         craabe@ikrlaw.com
                                                         cbarrett@ikrlaw.com

                                                         ***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

      I, Seth R. Klein, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing on August 30, 2023.

                                               */s/ Seth R. Klein*
                                               Seth R. Klein