UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER NOSALEK, RANDY HIRSCHORN, and TRACEY HIRSCHORN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MLS PROPERTY INFORMATION NETWORK, INC., ANYWHERE REAL ESTATE INC. (F/K/A REALOGY HOLDINGS CORP.), CENTURY 21 REAL ESTATE LLC, COLDWELL BANKER REAL ESTATE LLC, SOTHEBY'S INTERNATIONAL REALTY AFFILIATES LLC, BETTER HOMES AND GARDENS REAL ESTATE LLC, ERA FRANCHISE SYSTEMS LLC, HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX LLC, POLZLER & SCHNEIDER HOLDINGS CORPORATION, INTEGRA ENTERPRISES CORPORATION, RE/MAX OF NEW ENGLAND, INC., RE/MAX INTEGRATED REGIONS, LLC and KELLER WILLIAMS REALTY, INC.,<br><br>Defendants. | No: 1:20-CV-12244-PBS<br><br>CLASS ACTION |

**PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF
MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT,
CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS,
APPROVAL OF SETTLEMENT NOTICE PLAN, AND
<u>SCHEDULING OF FINAL APPROVAL HEARING</u>**

Plaintiffs Jennifer Nosalek, Randy Hirschorn and Tracey Hirschorn, individually and on behalf of the Settlement Class, respectfully submit this supplemental memorandum to address the issues raised by the Court at the August 9, 2023, hearing on Plaintiffs' Motion for Preliminary Approval of Settlement Agreement [ECF 190].

In light of the Court's questions and concerns, Plaintiffs and MLS PIN submit herewith an Amended Settlement Agreement (attached as Exhibit A to the accompanying Supplemental Declaration of Seth R. Klein) that amends the original Settlement Agreement in two ways:

- First, Plaintiffs and MLS PIN have restructured the anticipated use of the $3 million Settlement Fund. Specifically, rather than establishing a fund for litigation expenses, Class Counsel will hold the balance of the Settlement Fund after payment of Court-approved fees and expenses[1] in an interest-bearing United States government money market fund until the conclusion of the litigation against all Defendants, at which time Plaintiffs shall file a motion with the Court seeking an appropriate disposition of the balance of the Settlement Fund. *See* Amended Settlement Agreement at ¶¶ 9, 11.

- Second, Plaintiffs and MLS PIN have amended the Settlement Class Period to begin on December 17, 2016 (rather than extending back to MLS PIN's founding in 1997), to conform with the litigation Class Period that Plaintiffs anticipate seeking in connection with their forthcoming motion for class certification. *See* Amended

---

[1] As outlined in Plaintiffs' previous Memorandum in Support of Preliminary Approval (*see* [ECF 191] at 6, 16-19), Plaintiffs anticipate seeking in their ultimate Fee and Expense Application up to $900,000 in attorneys' fees; up to $200,000 of incurred costs and expenses; and up to $2,500 for each of the named class representatives (for a total of $7,500) as lead plaintiff awards. In addition, Kroll Settlement Administration LLC, the settlement administrator proposed by the parties, has estimated that the cost of the proposed Notice Plan will be approximately $250,000, which MLS PIN will advance and then be permitted to credit against and deduct from the total funds payable into the Settlement Fund.

Settlement Agreement at ¶ 2(ii). As a result, the Class entitled to participate in the MLS PIN Settlement Fund is identical to the Class Plaintiffs will move to certify. Plaintiffs respectfully submit that these changes address the concerns raised by the Court at the August 9 hearing. Other than these two changes (and minor non-substantive edits to conform other provisions to these amendments), the substance of the proposed Settlement—including elimination of the Buyer-Broker Commission Rule at issue—remains the same as before. Accordingly, for all the reasons articulated in Plaintiffs' previous Memorandum [ECF 191], Plaintiffs respectfully request that this Court grant preliminary approval to the Settlement and the related relief set forth in Plaintiff's Motion [ECF 190].

In addition to the aforementioned Supplemental Declaration of Seth R. Klein (attaching the Amended Settlement Agreement as Exhibit A thereto), Plaintiffs also submit herewith the supplemental Declaration of Jeanne C. Finnegan (Managing Director of proposed settlement administrator Kroll Settlement Administration LLC) and a [Proposed] Preliminary Approval Order slightly amended in accord with the changes made to the Settlement Agreement.

Dated: September 5, 2023                    Respectfully submitted,

                                            */s/ Seth R. Klein*
                                            Douglas P. Needham, BBO No. 67101
                                            Robert A. Izard (*pro hac vice*)
                                            Craig A. Raabe (*pro hac vice*)
                                            Seth R. Klein (*pro hac vice*)
                                            Christopher M. Barrett (*pro hac vice*)
                                            IZARD, KINDALL & RAABE, LLP
                                            29 South Main Street, Suite 305
                                            West Hartford, CT 06107
                                            (860) 493-6292
                                            (860) 493-6290 fax

>dneedham@ikrlaw.com
>rizard@ikrlaw.com
>craabe@ikrlaw.com
>sklein@ikrlaw.com
>cbarrett@ikrlaw.com
>
>Christopher L. Lebsock *(pro hac vice)*
>HAUSFELD LLP
>600 Montgomery Street
>Suite 3200
>San Francisco, CA 94111
>(415) 633-1908
>clebsock@hausfeld.com
>
>Jose Roman Lavergne *(pro hac vice)*
>HAUSFELD LLP
>888 16th Street, N.W.
>Suite 300
>Washington, D.C., 20006
>(202) 540-7200
>jlavergne@hausfeld.com
>***Attorneys for Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record.

Dated: September 5, 2023

                                                  /s/ Seth R. Klein
                                                  Seth R. Klein