UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER NOSALEK, RANDY HIRSCHORN and TRACEY HIRSCHORN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>MLS PROPERTY INFORMATION NETWORK, INC., REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>Defendants. | No. 1:20-cv-12244-PBS<br><br>CLASS ACTION<br><br>August 30, 2023 |

**JOINT PROPOSED SCHEDULE FOR MEDIATION**

Pursuant to this Court's Order [ECF 216], Plaintiffs and Corporate Defendants (collectively, the "Parties") hereby propose that they submit to the Court either (a) the name of a private mediator or (b) propose a submission to a Magistrate Judge no later than November 15, 2023, with a target mediation date of mid-December 2023 or as soon thereafter as practicable for the mediator or Magistrate Judge.

In support of this proposed schedule, the parties state as follows:

1. Pending final confirmation from Judge Stephen R. Bough of the United States District Court for the Western District of Missouri, all of the Corporate Defendants in this action will likely be engaged in the trial in *Burnett v. National Assoc. of Realtors,* 19-cv-00332-SRB (W.D. Mo.) beginning on October 16, 2023, and lasting for several weeks. The Parties respectfully submit that a

9/5/23
Allowed
Patti S Saris