UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER NOSALEK, RANDY HIRSCHORN and TRACEY HIRSCHORN, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br>vs.<br><br>MLS PROPERTY INFORMATION NETWORK, INC., *et al.*,<br><br>                Defendants. | No. 1:20-cv-12244-PBS<br><br>CLASS ACTION<br><br><br>October 3, 2023 |

### STIPULATION AND ORDER TO
### EXTEND SETTLEMENT-RELATED DEADLINES

This Stipulation sets forth the agreement between Plaintiffs and the United States regarding the extension of certain deadlines previously set by the Court relating to the proposed Stipulation and Settlement Agreement between Plaintiffs and MLS Property Information Network, Inc. [ECF. Nos. 221–224].

WHEREAS, on September 28, 2023, the United States filed its Statement of Interest of the United States and Motion to Extend Deadlines to Review the Settlement [ECF No. 230];

WHEREAS, Plaintiffs on September 29, 2023, filed their Opposition to the United States' Motion [ECF No. 231]; and

WHEREAS, the Court has requested that the parties attempt to agree on a proposed schedule for the Court's approval;

NOW, THEREFORE, PLAINTIFFS AND THE UNITED STATES DO STIPULATE AS FOLLOWS:

Plaintiffs and the United States mutually agree and stipulate to the Requested Deadlines set forth in the United States' Motion, as follows:

|  | Current Deadline | Requested Deadline |
|---|---|---|
| Deadline for commencement of Notice Plan (mailing of Postcard Notice, start of social media campaign, publication of first publication notice, issuance of press release, and launch of Settlement website) | October 17, 2023 | December 15, 2023 |
| Motion(s) for, and memoranda in support of, (i) Final Approval of Settlement and (ii) Fee and Expense Application | October 23, 2023 | December 21, 2023 |
| Last day for objections to the Settlement to be filed with the Court and sent to counsel | December 7, 2023 | February 5, 2024 |
| Parties file responses to any filed objections and any other reply briefs in support of Final Approval and Fee and Expense Application | December 21, 2023 | February 20, 2024 |
| Final Approval Hearing | January 4, 2024 | March 7, 2024 |

Plaintiffs and the United States further mutually agree and stipulate that the United States shall not unilaterally request any additional extensions of the above deadlines. Plaintiffs and the United States may jointly request additional extensions should they mutually believe such a further extension is warranted.

SO STIPULATED this 3rd day of October, 2023:

| On behalf of the United States of America: | On behalf of Plaintiffs: |
|---|---|
| /s/ Jessica N. Leal | /s/ Seth R. Klein |
| JESSICA N. LEAL (CA Bar No. 267232) | Seth R. Klein (pro hac vice) |
| *Trial Attorney* | IZARD, KINDALL & RAABE, LLP |
| U.S. Department of Justice | 29 South Main Street, Suite 305 |
| Antitrust Division | West Hartford, CT 06107 |
| 450 Fifth Street, NW, Suite 8000 | (860) 493-6292 |
| Washington, DC 20530 | (860) 493-6290 fax |
| Telephone: (202) 598-2221 | sklein@ikrlaw.com |
| Email: jessica.leal@usdoj.gov | |

\* \* \*

Dated: October 3rd, 2023

SO ORDERED:

/s/ PATTI B. SARIS
_____
Honorable Patti B. Saris
United States District Judge

- 3 -