UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER NOSALEK, RANDY HIRSCHORN and TRACEY HIRSCHORN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>MLS PROPERTY INFORMATION NETWORK, INC., *et al.*,<br><br>Defendants. | Case No. 1:20-cv-12244-PBS<br><br>CLASS ACTION<br><br>October 23, 2023 |

**NOTICE OF PENDING SETTLEMENT AND
JOINT MOTION TO STAY CASE AS TO THE ANYWHERE DEFENDANTS**

Jennifer Nosalek, Randy Hirschorn, and Tracey Hirschorn (collectively "Plaintiffs") and Anywhere Real Estate Inc. (f/k/a Realogy Holdings Corp.), Century 21 Real Estate LLC, Coldwell Banker Real Estate LLC, Sotheby's International Realty Affiliates LLC, Better Homes and Gardens Real Estate LLC, and ERA Franchise Systems LLC (collectively the "Anywhere Defendants" and, together with Plaintiffs, the "Moving Parties") respectfully write to the Court to provide notice that: (i) the Anywhere Defendants have reached an agreement with plaintiffs in the *Burnett* and *Moehrl* actions[1] to settle all claims asserted or that could be asserted against the Anywhere Defendants by a proposed nationwide class of home sellers; (ii) Plaintiffs herein and the Anywhere Defendants have agreed that the substantive terms of the *Burnett/Moehrl*

---

[1] *Burnett v. The National Association of Realtors, et al.*, Case No. 19-CV-000332 (W.D. Mo.), and *Moehrl v. The National Association of Realtors, et al.*, Case No. 19-CV-01610 (N.D. Ill.). Because the *Burnett* case is the most procedurally advanced (trial in that case against the non-settling defendants commenced last week), a Motion for Preliminary Approval of the *Burnett* and *Moehrl* actions was filed in the United States District Court for the Western District of Missouri on October 5, 2023 (ECF No. 1192).

settlement should include the proposed MLS Pin class members in this case and (iii) Plaintiffs and counsel for the *Burnett* and *Moehrl* plaintiffs are presently conferring regarding the appropriate treatment of the *Nosalek* Plaintiffs and the class they purport to represent.

The *Burnett* and *Moehrl* cases have both been stayed as to the Anywhere Defendants. Accordingly, Plaintiffs and the Anywhere Defendants hereby jointly stipulate and respectfully request that this Court stay all deadlines and proceedings for a period of 30 days (subject to extension as may be necessary) solely as to the Anywhere Defendants in this case to preserve the resources of Plaintiffs, the Anywhere Defendants and the Court, and to allow Plaintiffs' counsel to conclude their negotiations regarding the appropriate treatment of the *Nosalek* Plaintiffs and the class they purport to represent.

For the avoidance of doubt, should the requested stay be granted by the Court, the Moving Parties state that they agree that any rulings or judgments that might occur in this case while proceedings are stayed as to the Anywhere Defendants will not bind Plaintiffs or the Anywhere Defendants, and the Moving Parties state that they further agree to waive any argument of claim or issue preclusion against Plaintiffs or the Anywhere Defendants arising from such rulings or judgments.  If, for any reason, final approval pursuant to Fed. R. Civ. P. 23 of a settlement resolving Plaintiffs' claims is not granted or the Moving Parties are otherwise unable to resolve this action, proceedings in this case will recommence as to the Anywhere Defendants from the stage at which they were stayed.

Dated: October 23, 2023

| ***On behalf of the Anywhere Defendants:*** | ***On behalf of Plaintiffs:*** |
|---|---|
| */s/ Stacey Anne Mahoney* | */s/ Seth R. Klein* |
| William Cravens, BBO #641072<br>william.cravens@morganlewis.com | Douglas P. Needham, BBO No. 67101<br>Robert A. Izard *(pro hac vice)* |

**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
(202) 739-3000

Stacey Anne Mahoney, *pro hac vice*
stacey.mahoney@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
(212) 309-6000

Kenneth Michael Kliebard, *pro hac vice*
kenneth.kliebard@morganlewis.com
Jason L. Chrestionson, *pro hac vice*
jason.chrestionson@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
110 North Wacker Drive
Chicago, IL 60606
(312) 324-1000

Craig A. Raabe *(pro hac vice)*
Seth R. Klein *(pro hac vice)*
Christopher M. Barrett *(pro hac vice*)
**IZARD, KINDALL & RAABE, LLP**
29 South Main Street, Suite 305
West Hartford, CT 06107
(860) 493-6292
(860) 493-6290 fax
dneedham@ikrlaw.com
rizard@ikrlaw.com
craabe@ikrlaw.com
sklein@ikrlaw.com
cbarrett@ikrlaw.com

Christopher L. Lebsock *(pro hac vice)*
**HAUSFELD LLP**
600 Montgomery Street
Suite 3200
San Francisco, CA 94111
(415) 633-1908
clebsock@hausfeld.com

Jose Roman Lavergne *(pro hac vice)*
**HAUSFELD LLP**
888 16th Street, N.W.
Suite 300
Washington, DC 20006
(202) 540-7200
jlavergne@hausfeld.com

## **CERTIFICATE OF SERVICE**

      I, Seth R. Klein, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing on October 23, 2023.

                                                                */s/ Seth R. Klein*
                                                                Seth R. Klein