UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER NOSALEK, RANDY HIRSCHORN and TRACEY HIRSCHORN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MLS PROPERTY INFORMATION NETWORK, INC., *et al.*,<br><br>Defendants. | No. 1:20-cv-12244-PBS<br><br>CLASS ACTION<br><br>November 13, 2023 |

**STATUS UPDATE ON MEDIATION AND UNOPPOSED MOTION BY THE HOMESERVICES DEFENDANTS AND KELLER WILLIAMS REALTY, INC. TO EXTEND DEADLINE TO MEDIATE UNTIL AFTER A RULING ON SUMMARY JUDGMENT**

On September 5, 2023, this Court entered an order in the above-captioned case (Dkt. No. 225) that the parties advise the Court no later than November 15, 2023 whether the parties would prefer to mediate before a magistrate judge or a private mediator (submitting the name of the private mediator in the latter event), with an eye towards scheduling a mediation in December. The parties have conferred and have agreed on the matter of a mediator, as is set forth below. Additionally, for the reasons identified below, HomeServices of America, Inc., HSF Affiliates, LLC, and BHH Affiliates, LLC (collectively "the HomeServices Defendants" or the "HSDs"), respectfully request that any such mediation be deferred briefly until the HSDs' pending motion for summary judgment (Dkt. No. 203) ("MSJ") has been adjudicated. The HSDs elaborate below. Keller Williams Realty, Inc. ("KWRI") believes it would be most productive for it to proceed with mediation with Plaintiffs on the same schedule as the HSDs and respectfully requests that its obligation to mediate also be deferred.

11/20/23
Allowed
P Saris

4880-5495-9760.1