UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER NOSALEK, RANDY HIRSCHORN and TRACEY HIRSCHORN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>MLS PROPERTY INFORMATION NETWORK, INC., *et al.*,<br><br>Defendants. | No. 1:20-cv-12244-PBS<br><br>CLASS ACTION<br><br>November 30, 2023 |

## MOTION TO EXTEND NOTICE AND SETTLEMENT-RELATED DEADLINES

Plaintiffs, with consent of Defendant MLS PIN, hereby respectfully move this court to extend by approximately one month certain Notice and Final Approval deadlines previously set by the Court relating to the proposed Stipulation and Settlement Agreement between Plaintiffs and MLS Property Information Network, Inc.

In support of this motion, Plaintiffs state as follows:

1. This Court preliminarily approved the Settlement between Plaintiffs and MLS PIN on September 7, 2023 [ECF No. 227], with Notice set to be sent on October 17, 2023, and various related deadlines, including Final Approval briefing and hearing, scheduled for subsequent dates.

2. On September 28, 2023, the United Stated Department of Justice ("DoJ") filed a motion to extend the Notice and Final Approval deadlines in order to have the opportunity to discuss questions it had regarding the terms of the Settlement Agreement with Plaintiffs prior to

11/30/23
Allowed.
Patti B Saris