UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER NOSALEK, RANDY HIRSCHORN and TRACEY HIRSCHORN, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>vs.<br><br>MLS PROPERTY INFORMATION NETWORK, INC., *et al.*,<br><br>    Defendants. | Case No. 1:20-cv-12244-PBS<br><br>CLASS ACTION<br><br>December 13, 2023 |

**NOTICE OF PRELIMINARY APPROVAL OF SETTLEMENT AND JOINT MOTION TO CONTINUE STAY AS TO THE ANYWHERE AND RE/MAX DEFENDANTS**

Jennifer Nosalek, Randy Hirschorn, and Tracey Hirschorn (collectively "Plaintiffs"), Anywhere Real Estate Inc. (f/k/a Realogy Holdings Corp.), Century 21 Real Estate LLC, Coldwell Banker Real Estate LLC, Sotheby's International Realty Affiliates LLC, Better Homes and Gardens Real Estate LLC, and ERA Franchise Systems LLC (collectively the "Anywhere Defendants"), and RE/MAX, LLC and RE/MAX Integrated Regions, LLC (collectively "the RE/MAX Defendants") (and, together with Plaintiffs, the "Moving Parties") respectfully write to the Court to provide notice that preliminary approval of the settlements with the Anywhere Defendants and the RE/MAX Defendants in the *Burnett*[1] and *Moehrl*[2] actions to settle all claims asserted or that could be asserted against the Anywhere Defendants and the RE/MAX Defendants by a proposed nationwide class of home sellers was granted on November 20, 2023.[3]

---

[1] *Burnett v. The National Association of Realtors, et al.*, Case No. 19-CV-000332 (W.D. Mo.).
[2] *Moehrl v. The National Association of Realtors, et al.*, Case No. 19-CV-01610 (N.D. Ill.).
[3] The Motion for Preliminary Approval of the *Burnett* and *Moehrl* actions, which was filed in the United States District Court for the Western District of Missouri on October 5, 2023 (Case No.

The *Burnett* and *Moehrl* cases remain stayed as to the Anywhere Defendants and the RE/MAX Defendants. Accordingly, the Moving Parties hereby jointly stipulate and respectfully request that this Court further stay all deadlines and proceedings for a period of 7 days (subject to further extension as may be necessary) as to the Anywhere Defendants and RE/MAX Defendants in this case to preserve the resources of the Moving Parties and the Court, and to allow the *Nosalek* Plaintiffs' counsel to complete their discussions with counsel for the *Burnett* and *Moehrl* plaintiffs.

For the avoidance of doubt, should the requested stay be granted by the Court, the Moving Parties state that they agree that any rulings or judgments that might occur in this case while proceedings are stayed as to the Anywhere Defendants and the RE/MAX Defendants will not bind the Moving Parties, and the Moving Parties state that they further agree to waive any argument of claim or issue preclusion against the Moving Parties arising from such rulings or judgments. If, for any reason, final approval pursuant to Fed. R. Civ. P. 23 of a settlement resolving Plaintiffs' claims is not granted or the Moving Parties are otherwise unable to resolve this action, proceedings in this case will recommence as to the Anywhere Defendants and the RE/MAX Defendants from the stage at which they were stayed.

---

19-CV-000332 (W.D. Mo.) ECF No. 1192) was granted on November 20, 2023 (Case No. 19-CV-000332 (W.D. Mo.) ECF No. 1320 ("Preliminary Approval Order")).

Dated: December 19, 2023

| *On behalf of the Anywhere Defendants:* | *On behalf of Plaintiffs:* |
|---|---|
| /s/ Stacey Anne Mahoney | /s/ Robert A. Izard |

On behalf of the Anywhere Defendants:

/s/ Stacey Anne Mahoney

William Cravens, BBO #641072
william.cravens@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
(202) 739-3000

Stacey Anne Mahoney, *pro hac vice*
stacey.mahoney@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
(212) 309-6000

Kenneth Michael Kliebard, *pro hac vice*
kenneth.kliebard@morganlewis.com
Jason L. Chrestionson, *pro hac vice*
jason.chrestionson@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
110 North Wacker Drive
Chicago, IL 60606
(312) 324-1000


On behalf of the RE/MAX Defendants:

/s/ Jeffrey A. LeVee

Kate Wallace (BBO #665503)
kwallace@jonesday.com
JONES DAY
100 High Street, 21st Floor
Boston, MA 02110
(617) 960-3939

On behalf of Plaintiffs:

/s/ Robert A. Izard

Robert A. Izard *(pro hac vice)*
Craig A. Raabe *(pro hac vice)*
Seth R. Klein *(pro hac vice)*
Christopher M. Barrett *(pro hac vice)*
**IZARD, KINDALL & RAABE, LLP**
29 South Main Street, Suite 305
West Hartford, CT 06107
(860) 493-6292
(860) 493-6290 fax
dneedham@ikrlaw.com
rizard@ikrlaw.com
craabe@ikrlaw.com
sklein@ikrlaw.com
cbarrett@ikrlaw.com

James Gotz (MA Bar #567157)
HAUSFELD LLP
One Marina Park Drive
Suite 1410
Boston, MA 02210
(617) 207-0600
jgotz@hausfeld.com

Christopher L. Lebsock *(pro hac vice)*
**HAUSFELD LLP**
600 Montgomery Street
Suite 3200
San Francisco, CA 94111
(415) 633-1908
clebsock@hausfeld.com

Jose Roman Lavergne *(pro hac vice)*
**HAUSFELD LLP**
888 16th Street, N.W.
Suite 300
Washington, DC 20006
(202) 540-7200
jlavergne@hausfeld.com

Jeffrey A. LeVee *(pro hac vice)*
 jlevee@jonesday.com
Eric P. Enson
 epenson@jonesday.com
JONES DAY
555 Flower Street, 50th Floor
Los Angeles, California 90071
(213) 489-3939

Eddie Hasdoo *(pro hac vice)*
 ehasdoo@jonesday.com
JONES DAY
110 N. Wacker, 48th Floor
Chicago, Illinois 60606
(312) 782-3939

## **CERTIFICATE OF SERVICE**

      I, William Cravens, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing on December 19, 2023.

                                                 */s/ William Cravens*
                                                 William Cravens