UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER NOSALEK, RANDY HIRSCHORN and TRACEY HIRSCHORN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>MLS PROPERTY INFORMATION NETWORK, INC., *et al.*,<br><br>Defendants. | Case No. 1:20-cv-12244-PBS<br><br>CLASS ACTION<br><br>December 13, 2023 |

### NOTICE OF PRELIMINARY APPROVAL OF SETTLEMENT AND JOINT MOTION TO CONTINUE STAY AS TO THE ANYWHERE AND RE/MAX DEFENDANTS

Jennifer Nosalek, Randy Hirschorn, and Tracey Hirschorn (collectively "Plaintiffs"), Anywhere Real Estate Inc. (f/k/a Realogy Holdings Corp.), Century 21 Real Estate LLC, Coldwell Banker Real Estate LLC, Sotheby's International Realty Affiliates LLC, Better Homes and Gardens Real Estate LLC, and ERA Franchise Systems LLC (collectively the "Anywhere Defendants"), and RE/MAX, LLC and RE/MAX Integrated Regions, LLC (collectively "the RE/MAX Defendants") (and, together with Plaintiffs, the "Moving Parties") respectfully write to the Court to provide notice that preliminary approval of the settlements with the Anywhere Defendants and the RE/MAX Defendants in the *Burnett*[1] and *Moehrl*[2] actions to settle all claims asserted or that could be asserted against the Anywhere Defendants and the RE/MAX Defendants by a proposed nationwide class of home sellers was granted on November 20, 2023.[3]

---

[1] *Burnett v. The National Association of Realtors, et al.*, Case No. 19-CV-000332 (W.D. Mo.).
[2] *Moehrl v. The National Association of Realtors, et al.*, Case No. 19-CV-01610 (N.D. Ill.).
[3] The Motion for Preliminary Approval of the *Burnett* and *Moehrl* actions, which was filed in the United States District Court for the Western District of Missouri on October 5, 2023 (Case No.

