UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER NOSALEK, RANDY HIRSCHORN and TRACEY HIRSCHORN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>MLS PROPERTY INFORMATION NETWORK, INC., *et al.*,<br><br>Defendants. | No. 1:20-cv-12244-PBS<br><br>CLASS ACTION<br><br>January 5, 2024 |

1/9/23 Allowed Patti @ Saris

## MOTION TO STAY NOTICE AND SETTLEMENT-RELATED DEADLINES IN LIGHT OF PENDING DEPARTMENT OF JUSTICE'S STATEMENT OF INTEREST

Plaintiffs Jennifer Nosalek, Randy Hirschorn, and Tracey Hirschorn ("Plaintiffs"), with consent of Defendant MLS Property Information Network, Inc. ("MLS PIN"), hereby respectfully move this Court to stay the Notice and Final Approval deadlines previously set by the Court relating to the proposed Stipulation and Settlement Agreement between Plaintiffs and MLS PIN until after the United States Department of Justice ("DoJ") files its pending Statement of Interest on February 15, 2024, and resolution of any necessary subsequent proceedings flowing from that Statement of Interest.

In support of this motion, Plaintiffs state as follows:

1.       This Court preliminarily approved the Settlement between Plaintiffs and MLS PIN on September 7, 2023 [ECF No. 227], with Notice set to be sent on October 17, 2023, and various related deadlines, including Final Approval briefing and hearing, scheduled for subsequent dates.