UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER NOSALEK, RANDY HIRSCHORN and TRACEY HIRSCHORN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>MLS PROPERTY INFORMATION NETWORK, INC., *et al.*,<br><br>Defendants. | Case No. 1:20-cv-12244-PBS<br><br>CLASS ACTION<br><br>February 12, 2024 |

## JOINT MOTION TO STAY AS TO KELLER WILLIAMS

Jennifer Nosalek, Randy Hirschorn, and Tracey Hirschorn (collectively "Plaintiffs") and Keller Williams Realty, Inc. ("Keller Williams") (and, together with Plaintiffs, the "Moving Parties") jointly stipulate and respectfully move that this Court stay all deadlines and proceedings as to Keller Williams in this case to preserve the resources of the Moving Parties and the Court until further order of this Court.

On February 1, 2024, plaintiffs in the *Burnett*[1] and *Moehrl*[2] litigations filed a motion for preliminary approval of a settlement agreement executed that day with Keller Williams in those cases. The motion seeks preliminary approval of a nationwide settlement with Keller Williams to settle all claims asserted or that could be asserted against Keller Williams by a proposed nationwide class of home sellers. The Moving Parties agree that a stay in the *Nosalek* case is

---

[1] *Burnett v. The National Association of Realtors, et al.*, Case No. 19-CV-000332 (W.D. Mo.).
[2] *Moehrl v. The National Association of Realtors, et al.*, Case No. 19-CV-01610 (N.D. Ill.).

warranted in light of the nationwide settlement, and further that such a stay would preserve the resources of both the Moving Parties and the Court.[3]

For the avoidance of doubt, should the requested stay be granted by the Court, the Moving Parties agree that any rulings or judgments that might occur in this case while proceedings are stayed as to Keller Williams will not bind the Moving Parties, and the Moving Parties state that they further agree to waive any argument of claim or issue preclusion arising from such rulings or judgments. If, for any reason, final approval pursuant to Fed. R. Civ. P. 23 of a settlement resolving Plaintiffs' claims is not granted or the Moving Parties are otherwise unable to resolve this action, proceedings in this case will recommence as to Keller Williams from the stage at which they were stayed.

---

[3] Based upon a similar settlement in the *Moehrl* and *Burnett* proceedings involving RE/MAX, this Court on January 5, 2024, entered a similar stay to the one requested herein with regard to the RE/MAX Defendants. *See* [ECF No. 269]. Plaintiffs filed another similar stay motion with regard to the Anywhere Defendants (also based upon a similar settlement in the *Moehrl* and *Burnett* proceedings) on February 9, 2024. *See* [ECF No. 283]. That motion remains pending.

Dated: February 12, 2024

*On behalf of Keller Williams:*

*/s/ David Kully*

David Kully (*pro hac vice*)
Anna Hayes (*pro hac vice*)
**Holland & Knight LLP**
800 17th St. N.W., Suite 1100
Washington DC, 20006
(202) 955-3000
Anna.Hayes@hklaw.com
David.Kully@hklaw.com

Timothy Ray (*pro hac vice*)
Holland & Knight LLP
150 North Riverside Plaza
Suite 2700
Chicago, IL 60606
(312) 263-3600
Timothy.Ray@hklaw.com

*On behalf of Plaintiffs:*

*/s/ Robert A. Izard*

Robert A. Izard *(pro hac vice)*
Craig A. Raabe *(pro hac vice)*
Seth R. Klein *(pro hac vice)*
Christopher M. Barrett *(pro hac vice)*
**IZARD, KINDALL & RAABE, LLP**
29 South Main Street, Suite 305
West Hartford, CT 06107
(860) 493-6292
(860) 493-6290 fax
rizard@ikrlaw.com
craabe@ikrlaw.com
sklein@ikrlaw.com
cbarrett@ikrlaw.com

James Gotz (MA Bar #567157)
HAUSFELD LLP
One Marina Park Drive
Suite 1410
Boston, MA 02210
(617) 207-0600
jgotz@hausfeld.com

Christopher L. Lebsock *(pro hac vice)*
**HAUSFELD LLP**
600 Montgomery Street
Suite 3200
San Francisco, CA 94111
(415) 633-1908
clebsock@hausfeld.com

Jose Roman Lavergne *(pro hac vice)*
**HAUSFELD LLP**
888 16th Street, N.W.
Suite 300
Washington, DC 20006
(202) 540-7200
jlavergne@hausfeld.com

## **CERTIFICATE OF SERVICE**

      I, Seth R. Klein, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing on February 12, 2024.

                                                   */s/ Robert A. Izard*
                                                   Robert A. Izard