# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

<u>Jennifer Nosalek</u>
   Plaintiff

      v.

<u>MLS Property Information Network, Inc. et al</u>
   Defendants

CA No. 20-12244-PBS

**SARIS, D.J.**

## ORDER OF ADMINISTRATIVE CLOSURE

It is hereby ordered that the above-entitled case is administratively stayed pending the ruling from the MDL Panel, it is hereby **ORDERED**:

The above-entitled action is hereby administratively stayed to the right of any party to restore it to the active docket.

By the Court:

<u>Robert M. Farrell</u>
Clerk of Court

<u>/s/ C. Geraldino-Karasek</u>
  Deputy Clerk

Dated: February 14, 2024