UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER NOSALEK, RANDY HIRSCHORN and TRACEY HIRSCHORN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br>　　　　vs.<br><br>MLS PROPERTY INFORMATION NETWORK, INC., *et al.*,<br><br>　　　　　　　　　　Defendants. | No. 1:20-cv-12244-PBS<br><br>CLASS ACTION<br><br>February 28, 2024 |

**JOINT MOTION FOR LEAVE TO FILE RESPONSES TO**
**UNITED STATES' STATEMENT OF INTEREST**

Plaintiffs Jennifer Nosalek, Randy Hirschorn and Tracey Hirschorn (collectively, "Plaintiffs") and Defendant MLS Property Information Network, Inc. ("MLS PIN") hereby respectfully move this court for permission to file on or before March 28, 2024, separate responses to the Statement of Interest ([ECF No. 290]) filed by the United States Department of Justice ("DoJ") on February 15, 2024.

On February 14, 2024, this Court "ordered that the above-entitled case is administratively stayed pending the ruling from the MDL Panel[.]" *See* [ECF No. 288]. On February 15, this Court ordered the case to be "temporarily reopened for the sole purpose of allowing the United States to file its Statement of Interest" (*see* [ECF No. 289]), which the DoJ thereafter filed as set forth above.

Plaintiffs and MLS PIN dispute the factual and legal arguments made in the DoJ's Statement of Interest. Accordingly, Plaintiffs and MLS PIN respectfully request the opportunity

to file separate responses to the DoJ's Statement of Interest no later than March 28, 2024, which is the date of oral arguments before the MDL Panel. Plaintiffs and MLS PIN do not expect the MDL Panel to issue a decision on or by that date, and understand that the stay of this action, including with regard to the MLS PIN settlement and all proceedings related thereto, will remain in effect for at least several more weeks until the MDL panel does so. However, Plaintiffs and MLS PIN propose submitting their responses by March 28 so that, once the MDL Panel does rule and should the stay in this Court thereafter be lifted, the DoJ, the parties, and this Court will be in a position to proceed expeditiously.

WHEREFORE, Plaintiffs and MLS PIN respectfully request the opportunity to file separate responses to the DoJ's Statement of Interest no later than March 28, 2024.

Dated: February 28, 2024                                  Respectfully Submitted,

 */s/ Seth R. Klein*                                       */s/ Jon M. Anderson*
Robert A. Izard (pro hac vice)                            Jon M. Anderson (MA Bar #557962)
Craig A. Raabe (pro hac vice)                             BRENNAN RECUPERO CASCIONE
Seth R. Klein (pro hac vice)                              SCUNGIO & McALLISTER, LLP
Christopher M. Barrett (pro hac vice)                     362 Broadway
IZARD, KINDALL & RAABE, LLP                               Providence, RI  02909
29 South Main Street, Suite 305                           (401) 453-2300
West Hartford, CT 06107                                   (401) 453-2345 fax
(860) 493-6292                                            janderson@brcsm.com
(860) 493-6290 fax
rizard@ikrlaw.com                                         J. Matthew Goodin (pro hac vice)
craabe@ikrlaw.com                                         LOCKE LORD LLP
sklein@ikrlaw.com                                         111 South Wacker Drive
cbarrett@ikrlaw.com                                       Suite 4100
                                                          Chicago, IL  60606
                                                          (312) 443-0472
Christopher L. Lebsock (pro hac vice)                     jmgoodin@lockelord.com
HAUSFELD LLP
600 Montgomery Street                                     *Attorneys for Defendant*
Suite 3200
San Francisco, CA 94111

(415) 633-1908
clebsock@hausfeld.com

James Gotz (MA Bar #567157)
HAUSFELD LLP
One Marina Park Drive
Suite 1410
Boston, MA 02210
(617) 207-0600
jgotz@hausfeld.com

Jose Roman Lavergne (pro hac vice)
HAUSFELD LLP
888 16th Street, N.W.
Suite 300
Washington, D.C., 20006
(202) 540-7200
jlavergne@hausfeld.com

*Attorneys for Plaintiffs*

**Rule 7.1 Certification**

Pursuant to Local Rule 7.1(a)(2), counsel for Plaintiffs and MLS PIN conferred regarding the above motion and all such parties assent to the motion.

Dated: February 28, 2024                              Respectfully submitted,

                                                                      */s/ Seth R. Klein*
                                                        Seth R. Klein (*pro hac vice*)
                                                        Robert A. Izard (*pro hac vice*)
                                                        Craig A. Raabe (*pro hac vice*)
                                                        Christopher M. Barrett (*pro hac vice*)

                                                        IZARD, KINDALL & RAABE, LLP
                                                        29 South Main Street, Suite 305
                                                        West Hartford, CT 06107
                                                        (860) 493-6292
                                                        (860) 493-6290 fax

                                                        rizard@ikrlaw.com
                                                        craabe@ikrlaw.com
                                                        sklein@ikrlaw.com
                                                        cbarrett@ikrlaw.com

                                                        ***Attorneys for Plaintiffs***

**CERTIFICATE OF SERVICE**

      I, Seth R. Klein, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing on February 28, 2024.

                                            */s/ Seth R. Klein*
                                            Seth R. Klein