UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER NOSALEK, RANDY HIRSCHORN and TRACEY HIRSCHORN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>MLS PROPERTY INFORMATION NETWORK, INC., *et al*.,<br><br>Defendants. | No. 1:20-cv-12244-PBS<br><br>CLASS ACTION<br><br>March 20, 2024 |

**JOINT MOTION FOR ADDITIONAL TIME TO FILE RESPONSES TO
UNITED STATES' STATEMENT OF INTEREST**

On March 15, 2024, the National Association of Realtors ("NAR") and plaintiffs in the related *Burnett* and *Moehrl* actions pending in Missouri and Illinois announced a settlement which, as set forth below, may impact the pending settlement between Plaintiffs and MLS PIN in the present action. Plaintiffs and MLS PIN respectfully submit that they need additional time to analyze the impact of the NAR settlement and to discuss any resultant changes to the MLS PIN settlement with the Department of Justice ("DoJ"). Accordingly, Plaintiffs Jennifer Nosalek, Randy Hirschorn and Tracey Hirschorn (collectively, "Plaintiffs") and Defendant MLS Property Information Network, Inc. ("MLS PIN") hereby respectfully move this court for additional time to file separate responses to the Statement of Interest ([ECF No. 290]) filed by the United States Department of Justice ("DoJ") on February 15, 2024. Specifically, Plaintiffs and MLS PIN propose filing a status update with the Court within seven (7) days of the MDL Panel ruling on

the pending motions to transfer, in which update Plaintiffs and MLS PIN will, *inter alia,* propose a schedule for filing their response.

In support of their motion, Plaintiffs and MLS PIN state as follows:

1. On February 14, 2024, this Court "ordered that the above-entitled case is administratively stayed pending the ruling from the MDL Panel[.]" *See* [ECF No. 288]. On February 15, this Court ordered the case to be "temporarily reopened for the sole purpose of allowing the United States to file its Statement of Interest" (*see* [ECF No. 289]), which the DoJ thereafter filed as set forth above.

2. On March 11, 2024, this Court granted Plaintiffs' and MLS PIN's joint motion to file by March 28, 2024, a response to the DoJ's Statement of Interest. *See* [ECF Nos. 292, 293].

3. On March 15, 2024, NAR and the *Burnett* and *Moehrl* plaintiffs announced the terms of a settlement (the "NAR Settlement") as between those parties. The NAR Settlement, *inter alia,* contains a rule change concerning the ability of MLS entities to list seller offers of commissions to buyer-brokers. That rule change is different from the rule change negotiated between Plaintiffs and MLS PIN in this action. Because many Massachusetts real estate brokers are members of NAR and, therefore, could be affected by different rules, the parties need to consider the impact of the proposed NAR rule change on this settlement.

4. Accordingly, Plaintiffs and MLS PIN are in the process of reviewing and discussing the NAR Settlement and any potential impact on the settlement in this action. They also plan to discuss with the DoJ.

5. In the interest of efficiency and allowing the parties to attempt to resolve at least some of the outstanding issues raised by the DoJ in light of the NAR Settlement, Plaintiffs and

MLS PIN respectfully submit that, prior to filing any response to the DoJ's Statement of Interest, they should be allowed additional time to:

- analyze the impact of the detailed NAR Settlement;

- engage in discussions amongst themselves as to whether, and to what extent, any changes to their settlement may be appropriate;

- engage in discussions with the DoJ to ascertain whether any additional changes would resolve the issues raised in the DoJ's statement of interest;

- engage in discussions with the parties to the NAR Settlement as may be warranted and appropriate to resolve the outstanding actions in a coordinated fashion; and

- receive appropriate approvals from MLS PIN's Board for any contemplated changes.

6. The foregoing process will require coordination among many different entities and parties. At the same time, the MDL Panel has scheduled a hearing on the pending motions for transfer for March 28, 2024, and so Plaintiffs and MLS PIN anticipate that the Panel will issue its orders in April 2024.

Accordingly, Plaintiffs and MLS PIN respectfully propose filing a status report within seven (7) days of the MDL Panel's ruling on the pending motions to transfer. In that update, the parties can notify the Court as to their proposed course both with regard to ongoing litigation in this forum (should such be necessary following the MDL Panel ruling) and with regard to the status of the parties' discussions concerning the MLS PIN settlement and the DoJ's objections thereto, and setting a proposed schedule with regard to responses to the DoJ Statement of Interest should they remain necessary.

WHEREFORE, Plaintiffs and MLS PIN respectfully request that the deadline for the filing of their responses to the DoJ's Statement of Interest be postponed until after the filing of a status report within seven (7) days of the ruling of the MDL Panel as set forth above.

Dated: March 20, 2024

Respectfully Submitted,

 */s/ Seth R. Klein* _____
Robert A. Izard (pro hac vice)
Craig A. Raabe (pro hac vice)
Seth R. Klein (pro hac vice)
Christopher M. Barrett (pro hac vice)
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
(860) 493-6292
(860) 493-6290 fax
rizard@ikrlaw.com
craabe@ikrlaw.com
sklein@ikrlaw.com
cbarrett@ikrlaw.com

Christopher L. Lebsock (pro hac vice)
HAUSFELD LLP
600 Montgomery Street
Suite 3200
San Francisco, CA 94111
(415) 633-1908
clebsock@hausfeld.com

James Gotz (MA Bar #567157)
HAUSFELD LLP
One Marina Park Drive
Suite 1410
Boston, MA 02210
(617) 207-0600
jgotz@hausfeld.com

Jose Roman Lavergne (pro hac vice)
HAUSFELD LLP
888 16th Street, N.W.
Suite 300
Washington, D.C., 20006
(202) 540-7200
jlavergne@hausfeld.com

*Attorneys for Plaintiffs*

 */s/ Jon M. Anderson* _____
Jon M. Anderson (MA Bar #557962)
BRENNAN RECUPERO CASCIONE
SCUNGIO & McALLISTER, LLP
362 Broadway
Providence, RI  02909
(401) 453-2300
(401) 453-2345 fax
janderson@brcsm.com

J. Matthew Goodin (pro hac vice)
LOCKE LORD LLP
111 South Wacker Drive
Suite 4100
Chicago, IL  60606
(312) 443-0472
jmgoodin@lockelord.com

*Attorneys for Defendant*

**Rule 7.1 Certification**

Pursuant to Local Rule 7.1(a)(2), counsel for Plaintiffs and MLS PIN conferred regarding the above motion and all such parties assent to the motion. Counsel for Plaintiffs also alerted counsel for the Department of Justice of their intent to file this motion jointly with MLS PIN, and received no objection or comment within 24 hours.

Dated: March 20, 2024                    Respectfully submitted,

                                          /s/ Seth R. Klein
                                         ------------------------
                                         Seth R. Klein (*pro hac vice*)
                                         Robert A. Izard (*pro hac vice*)
                                         Craig A. Raabe (*pro hac vice*)
                                         Christopher M. Barrett (*pro hac vice*)

                                         IZARD, KINDALL & RAABE, LLP
                                         29 South Main Street, Suite 305
                                         West Hartford, CT 06107
                                         (860) 493-6292
                                         (860) 493-6290 fax

                                         rizard@ikrlaw.com
                                         craabe@ikrlaw.com
                                         sklein@ikrlaw.com
                                         cbarrett@ikrlaw.com

                                         ***Attorneys for Plaintiffs***

**CERTIFICATE OF SERVICE**

   I, Seth R. Klein, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing on March 20, 2024.

                  */s/ Seth R. Klein*
                  Seth R. Klein