

                                                  **Seth R. Klein**
860-493-6291
sklein@ikrlaw.com

May 24, 2024

The Honorable Patti B. Saris
United States District Court Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

      Re:    *Nosalek v. MLS Property Information Network, Inc., et al.*
                  No. 1:20-cv-12244-PBS

Dear Judge Saris:

      This firm (alongside Hausfeld LLP) represents Plaintiffs in the *Nosalek* putative class action.

      Pursuant to the Court's order at the May 21, 2024, status conference, Plaintiffs will confer with MLS PIN and the Department of Justice to discuss the questions raised by the Court concerning the MLS PIN settlement and to prepare a joint statement to be filed on or before June 21.

      Plaintiffs and MLS PIN understand that their respective responses to the Department's Statement of Interest [ECF No. 290], previously due on May 24, are stayed pending the filing of the June 21 joint statement. However, Plaintiffs and MLS PIN also believe that their discussions with the Department may be facilitated by formalizing their responses in writing.

      Accordingly, Plaintiffs and MLS PIN each presently expect to file and serve on the Department responses to the Statement of Interest prior to June 21. Consistent with Plaintiffs' intent to use any such filings as a means to further discussion, Plaintiffs anticipate communicating with the Department both before and after such filings to explore the relevant issues. Should a resolution not be possible, Plaintiffs reserve the right to request more fulsome briefing pursuant to a schedule to be set by the Court, as expressly contemplated by the Court at the May 21 status conference.

                                                  Sincerely,

                                                  Seth R. Klein

CC (via ECF distribution):    All counsel of record

## **CERTIFICATE OF SERVICE**

      I, Seth R. Klein, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing on May 24, 2024.

      /s/ Seth R. Klein
      Seth R. Klein