

Dmitry Shkipin

HomeOpenly.com

325 Sharon Park Dr. #416

Menlo Park, California 94025

(650) 281-6962

June 20, 2024

Attn: Judge Patti B. Saris

Courtroom 19, 7th floor

John Joseph Moakley U.S. Courthouse

1 Courthouse Way, Suite 2300

Boston, Massachusetts 02210

**No. 1:20-cv-12244-PBS Amicus Curiae Re: MLS PIN's buyer-broker commission rule**

The Honorable Patti B. Saris,

With respect, the Statement of the United States Justice Department (Document 290) is not entirely accurate. In fact, the US-DOJ contradicts information in its own publication.

According to the US-DOJ Statement (Document 290), "The modified rule still gives sellers and their listing brokers a role in setting compensation for buyers' brokers" ... "When sellers make such offers, buyer brokers need not compete on price to attract buyers."

The US-DOJ Statement as proposed firmly ignores the fact that buyer brokers in 40 states are allowed to negotiate buyer rebates with their client. "… rebates are no different from simply charging a lower commission fee, and one should ask why the ability to rebate can mitigate the



disincentive to compete through lower commission rates" according to an economic analysis paper published on the US-DOJ website titled "How Rebate Bans, Discriminatory MLS Listing Policies, and Minimum Service Requirements Can Reduce Price Competition For Real Estate Brokerage Services and Why It Matters" (Source: https://www.justice.gov/atr/how-rebate-bans-discriminatory-mls-listing-policies-and-minimum-service-requirements-can-reduce )

According to that same publication, in eleven states agents are banned from offering rebates: Alaska, Oregon, North Dakota, Kansas, Oklahoma, Missouri, Louisiana, Mississippi, Alabama, New Jersey and Tennessee.

In the states were rebates are permitted, buyer brokers are able to reduce the commissions paid by the buyer, even if commission is offered in "blanket" form on MLS. If MLS PIN operates in states without rebate bans, their policy of transmitting "blanket" offers is not, by itself, harmful to buyers.

The NAR rules are/ were (provided that the NAR already changed some of these rules) anticompetitive for three distinct reasons:

> (1) The NAR allowed buyer brokers to advertise services as "free" when, in fact, they received compensation offered via NAR-affiliated MLS.
> (2) The NAR required listing brokers to offer blanket offers of compensation to buyer brokers in order to use NAR-affiliated MLS.
> (3) The NAR allowed NAR-affiliated MLS to transmit blanket offers of compensation in Alaska, Oregon, North Dakota, Kansas, Oklahoma, Missouri, Louisiana, Mississippi, Alabama, New Jersey and Tennessee where buyer broker rebates are banned by state laws.



I ask the Court to consider the simple fact that buyer brokers do compete on price if they are able to offer rebates.

If the buyer agent fee is advanced in "blanket" form from a seller, it does not matter if it is 1 cent, or $100,000, because either amount is a "blanket" offer made to any broker able to bring in a buyer. What does matter is that it is also negotiable through a rebate, where buyers are able to choose between services multiple buyer brokers based on payment terms, that includes an option to receive an excess of the fees offered in "blanket" form (that same way it includes an out-of-pocket payment in the event that the offered amount is not enough to compensate the buyer broker.)

**Statement of Interest:**

Your Honor, I run a lawful nationwide MLS in America, a startup called Geodoma. This system is not affiliated with the NAR, nor does it adopt any of the NAR's flawed rules. Instead, Geodoma allows brokers to transmit transparent offers of Cooperative Buyer Agent Commission, lawfully, subject to RESPA Section 8(c)(3) exemption, also codified as 12 C.F.R. § 1024.14(g)(1)(v), and in full compliance with antitrust laws under the following pro-consumer rules:

# Transparent Offers of Cooperative Buyer Agent Commission.

Geodoma does not prohibit the home seller and their listing agent to make a competitive cooperative offers of Buyer Agent Commissions, as a concession to allow the future home buyer to offset the high out-of-pocket costs of hiring a buyer agent, as long as home buyer is able to lawfully negotiate buyer rebate with their buyer agent.

Real estate professionals may make a cooperative Buyer Agent Commissions offers only in jurisdictions where buyer agent rebates are allowed by state law. According to the United States Department of Justice, in eleven US states buyer agents are banned from offering rebates: Alaska, Oregon, North Dakota, Kansas, Oklahoma, Missouri, Louisiana, Mississippi, Alabama, New Jersey and Tennessee. In all other jurisdictions where buyer agent rebates are allowed, cooperative Buyer Agent Commission offers may not be



contingent upon an increase/decrease of demand/offer price of the underlying property transaction.

Making a cooperative offer of Buyer Agent Commission on Geodoma is optional and the amount must be established independently by each real estate professional with expressed consent from each individual real estate seller for each individual property listing. Real estate professionals may never use Geodoma services to offer uniform, collective, or standard cooperative Buyer Agent Commissions offers and must establish all commissions and cooperative offers of compensation individually and independently in accordance with federal and state antitrust regulations.

Unrepresented sellers may not make offers of cooperative Buyer Agent Commissions directly to buyer agents when using Geodoma services.

User listings are never excluded or ranked in search results based on the amount of cooperative Buyer Agent Commissions compensation offered, or not offered, to home buyers represented by buyer agents.

## No Professional Services Offered for Free.

Real estate professionals should never characterize their real estate brokerage services as free if they are receiving compensation from any source.

Last updated: January 1, 2023 Gedooma Fair Listings Display Guidelines; Rule 007; Rule 008 (Source: https://geodoma.com/fair-display )

The US-DOJ, itself, advocates for the removal of rebate bans in the 11 states. There is of couse no debate that any rule requiring sellers to post a commission offer is harmful to sellers – if such offers are to be made on MLS, they must be optional. However, there is also no debate that if a buyer broker is able to negotiate a rebate with their client, they are *able* to compete on price if rebates are allowed in their jurisdiction. This rebate mechanism is price competition, but it is not recorded on MLS – it is paid to the buyer as a refund not taxable by the IRS as "a payment or credit at closing [that] represents an adjustment to the purchase price of the home and generally is not includible in a purchaser's gross income." (Source: https://www.irs.gov/pub/irs-wd/0721013.pdf )



I invite you to learn more about rebates on HomeOpenly (Source:

https://homeopenly.com/guide/how-to-get-home-buyers-refunds )

Thank you for your time,

Dmitry Shkipin

Development and Operations at HomeOpenly.com

T: 650-281-6962 | support@homeopenly.com