| | |
|---|---|
| **From:** | Dmitry Shkipin <support@homeopenly.com> |
| **Sent:** | Thursday, June 20, 2024 1:43 PM |
| **To:** | Maryellen Molloy; Clary Geraldino-Karasek |
| **Cc:** | jessica.leal@usdoj.gov |
| **Subject:** | 1:20-cv-12244-PBS Amicus Curiae Re: MLS PIN's buyer-broker commission rule |
| **Attachments:** | 120-cv-12244-PBS-Amicus-Curiae.pdf |

Please find attached Amicus Curiae Re: MLS PIN's buyer-broker commission rule for above-titled case to the attention of Honorable Judge Patti B. Saris.

Thank You. Dmitry Shkipin, pro se.

--
**Dmitry Shkipin**
Development and Operations at homeopenly.com
T: 650-281-6962 | support@homeopenly.com

