# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER NOSALEK, RANDY HIRSCHORN and TRACEY HIRSCHORN, individually and on behalf of all others similarly situated,<br><br>     *Plaintiffs*,<br>  v.<br><br>MLS PROPERTY INFORMATION NETWORK, INC., ANYWHERE REAL ESTATE INC. (F/K/A REALOGY HOLDINGS CORP.), CENTURY 21 REAL ESTATE LLC, COLDWELL BANKER REAL ESTATE LLC, SOTHEBY'S INTERNATIONAL REALTY AFFILIATES LLC, BETTER HOMES AND GARDENS REAL ESTATE LLC, ERA FRANCHISE SYSTEMS LLC, HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX LLC, POLZLER & SCHNEIDER HOLDINGS CORPORATION, INTEGRA ENTERPRISES CORPORATION, RE/MAX OF NEW ENGLAND, INC., RE/MAX INTEGRATED REGIONS, LLC, AND KELLER WILLIAMS REALTY, INC.,<br><br>     *Defendants*. | No. 1:20-cv-12244-PBS |

## **NOTICE OF APPEARANCE**

  Chris Bower of the United States Department of Justice, Antitrust Division hereby enters his appearance as counsel for the United States in the above captioned case.

2

                Respectfully submitted,

Dated: January 24, 2025          */s/ Chris Bower*
                                     Chris Bower (DC Bar No. 1722154)

                                     U.S. Department of Justice
                                     Antitrust Division
                                     450 Fifth Street, NW, Suite 7000
                                     Washington, DC 20530
                                     Telephone: (202) 320-6011
                                     Email: christopher.bower@usdoj.gov

                                     *Counsel for the United States of America*

**<u>Certificate of Service</u>**

      I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants.

Dated: January 24, 2025                      */s/ Chris Bower*
                                                                Chris Bower