UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER NOSALEK, RANDY HIRSCHORN and TRACEY HIRSCHORN, individually and on behalf of all others similarly situated,<br><br>   *Plaintiffs*,<br>  v.<br><br>MLS PROPERTY INFORMATION NETWORK, INC., *et al*.,<br><br>   *Defendants*. | No. 1:20-cv-12244-PBS |

## NOTICE OF APPEARANCE

  Katherine E. Clemons of the United States Department of Justice, Antitrust Division hereby enters her appearance as counsel for the United States in the above captioned case.

              Respectfully submitted,

Dated: March 11, 2025       /s/ *Katherine E. Clemons*
                Katherine E. Clemons (DC Bar No. 1014137)

                U.S. Department of Justice
                Antitrust Division
                450 Fifth Street, NW, Suite 7000
                Washington, DC 20530
                Telephone: (202) 598-2372
                Email: Katherine.Clemons@usdoj.gov

                *Counsel for the United States of America*

**Certificate of Service**

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants.

Dated: March 11, 2025                                    /s/ *Katherine E. Clemons*
                                                                        Katherine E. Clemons