UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER NOSALEK, RANDY HIRSCHORN and TRACEY HIRSCHORN, individually and on behalf of all others similarly situated, | No. 1:20-cv-12244-PBS |
| Plaintiffs, | CLASS ACTION |
| vs. | |
| MLS PROPERTY INFORMATION NETWORK, INC., *et al*., | March 17, 2025 |
| Defendants. | |

**PLAINTIFFS' MOTION FOR APPROVAL OF PROPOSED CLASS NOTICE PLAN AND TO SET SCHEDULE FOR FINAL APPROVAL PROCESS**

Pursuant to the Court's order at the January 27, 2025, status conference (*see* [ECF No. 351]) and in connection with the upcoming April 1, 2025, preliminary approval hearing, Plaintiffs Jennifer Nosalek, Randy Hirschorn and Tracey Hirschorn ("Plaintiffs") hereby respectfully move this Court for approval of their proposed Class notice plan (the "Notice Plan") and to set a schedule for the final settlement approval process.

The parties have selected Kroll Notice Media Solutions ("Kroll"), a national class action administration firm with significant experience, as their proposed Settlement Administrator. Kroll and the parties have developed a robust Notice Plan as set forth in the Declaration of Cecily G. Uhlfelder (Media Director of Kroll) ("Uhlfelder Decl."), submitted herewith as Exhibit 1. Under the terms of the Notice Plan:

- Kroll will mail individual postcard notice ("Postcard Notice") to all Settlement Class Members for whom a current mailing address can be ascertained using MLS PIN's

- listing records, available tax records, and standard address-matching databases (insofar as, by definition, Settlement Class Members have moved from their now-sold residences). *See* Uhlfelder Decl. at ¶¶ 10-11.
- Kroll make available upon request and on the Settlement website a "long form" Notice providing detailed information about the Settlement and Class Member rights and options. *Id.* at ¶ 12.
- Kroll will run an industry-standard social media campaign targeted primarily at Massachusetts residents, where ninety-eight percent of properties listed on Pinergy are located. *Id.* at ¶¶ 18-26, 28. The campaign will also include other states (Connecticut, Florida, Maine, New Hampshire, New York, Rhode Island and Vermont) where the remaining properties listed on Pinergy are located. *Id.* at ¶ 27.
- Kroll will issue a press release alerting interested media outlets about the Settlement. *Id.* at ¶¶ 29-30.

Copies of the forms of the postcard, long form, online / social media, and press release notices are attached to the Uhlfelder Decl. at Exhibits B, C, D and E.

All forms of Notice will direct Settlement Class Members and members of the public to a Settlement website established by Kroll, which will make available for download all important information in this case, including copies of pleadings, the Settlement Agreement, and will provide detail about Settlement Class Member rights to object, Plaintiffs' Counsel's fee and expense requests, and other information about the Final Approval process. Uhlfelder Decl. at ¶ 31. Kroll will also make available to Class Members contact information for Class Counsel on

the website and through phone support, so that Class Members may inquire directly of Class Counsel concerning any questions they have. *Id.* at ¶ 34.[1]

Due to the size of the Class, covering approximately 650,000 unique transactions, Kroll currently estimates the cost of the Notice Plan to be approximately $625,000 (*id.* at ¶ 35), or under $1 per Class Member for all costs, including Notice, claims processing, the sending of checks, administration, website, and phone support. By far the largest component of the costs is printing and postage.

Plaintiffs respectfully submit that the foregoing Notice Plan is "fully in compliance with the requirements of Fed. R. Civ. P. 23(e) and due process of law" and "the best notice practicable under the circumstances[.]" *See Natchitoches Parish Hosp. Serv. Dist. v. Tyco Int'l, Ltd.*, 2010 WL 11693979, at *1 (D. Mass. March 12, 2010) (Saris, J.).

Accordingly, Plaintiffs respectfully request that this Court authorize the Notice Plan and the expenditure of up to $625,000 to implement that Plan. The parties and Kroll will endeavor to minimize costs wherever possible. Should the Court grant preliminary approval and authorize Notice, Plaintiffs and Kroll will provide an update regarding claims administration costs and expenses in conjunction with Plaintiffs' motions for final approval of the settlement and for attorneys' fees and expenses.

---

[1] The Notice Plan above differs in some regards from the original Notice Plan proposed by Plaintiffs in their June 30, 2023, submission. *See, e.g.,* [ECF Nos. 191, 193]. This reflects the fact that the terms of the Settlement have changed over the last two years in several ways, including: direct payment to Class Members rather than maintaining the funds in escrow; proposed certification of the Class under Rule 23(b)(3) rather than 23(b)(2); and the occurrence of approximately 100,000 covered transactions since June 2023, which significantly increases the number of Class Members who need to receive Notice.

Plaintiffs further request that, should the Court grant preliminary approval, the Court also enter the following schedule for sending notice to the Settlement Class and scheduling a final approval hearing:

| **EVENT** | **SCHEDULED DATE** |
|---|---|
| Deadline for commencement of Notice Plan (mailing of Postcard Notice, start of social media campaign, issuance of press release, and launch of Settlement website) | 45 days after entry of Preliminary Approval Order |
| Motion(s) for and memoranda in support of (i) Final Approval of Settlement and (ii) Fee, Expense and Litigation Fund Application | 60 days before date set by Court for Final Approval Hearing |
| Last day for objections to the Settlement to be filed with the Court and sent to counsel | 30 days before date set by Court for Final Approval Hearing |
| Parties file responses to any filed objections and any other reply briefs in support of Final Approval and Fee, Expense and Litigation Fund Application | 7 days before date set by Court for Final Approval Hearing |
| Final Approval Hearing | At the convenience of the Court, not less than 120 days after entry of Preliminary Approval Order |

WHEREFORE, Plaintiffs respectfully request that this Court enter an Order (i) approving the proposed Notice Plan; (ii) authorizing the expenditure of up to $625,000 to effectuate the Notice Plan; and (iii) setting the schedule set forth above in connection with the Notice and final approval process.

Dated: March 17, 2025					Respectfully Submitted,

*/s/ Seth R. Klein*				
Robert A. Izard (pro hac vice)
Craig A. Raabe (pro hac vice)
Seth R. Klein (pro hac vice)
Christopher M. Barrett (pro hac vice)
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
(860) 493-6292
(860) 493-6290 fax
rizard@ikrlaw.com
craabe@ikrlaw.com
sklein@ikrlaw.com
cbarrett@ikrlaw.com

Christopher L. Lebsock (pro hac vice)
HAUSFELD LLP
600 Montgomery Street
Suite 3200
San Francisco, CA 94111
(415) 633-1908
clebsock@hausfeld.com

James Gotz (MA Bar #567157)
HAUSFELD LLP
One Marina Park Drive
Suite 1410
Boston, MA 02210
(617) 207-0600
jgotz@hausfeld.com

Jose Roman Lavergne (pro hac vice)
HAUSFELD LLP
888 16th Street, N.W.
Suite 300
Washington, D.C., 20006
(202) 540-7200
jlavergne@hausfeld.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Seth R. Klein, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing on March 17, 2025.

                                                                */s/ Seth R. Klein*
                                                                Seth R. Klein