UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER NOSALEK, RANDY HIRSCHORN and TRACEY HIRSCHORN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>MLS PROPERTY INFORMATION NETWORK, INC., *et al.*,<br><br>Defendants. | No. 1:20-cv-12244-PBS<br><br>CLASS ACTION<br><br>April 21, 2025 |

## JOINT MOTION FOR EXTENSION OF TIME TO FILE AMENDED SETTLEMENT AGREEMENT

Plaintiffs Jennifer Nosalek, Tracey Hirschorn and the estate of Randy Hirschorn[1] (collectively, "Plaintiffs") and Defendant MLS Property Information Network, Inc. ("MLS PIN"), in light of ongoing discussions between the parties and with the Department of Justice ("Department"), hereby jointly respectfully move this court for an additional four weeks, through and including May 20, 2025, to file an Amended Settlement Agreement (or, should the parties be unable to reach a resolution, to notify the Court that no such agreement is possible).

In support of this motion, the parties state as follows:

1. At the April 1, 2025, preliminary approval hearing, this Court stated that it would not preliminarily approve a settlement class that included commercial properties and mobile homes. The Court also raised concerns about MLS PIN's ability under the

---

[1] As discussed below, Plaintiff Randy Hirschorn passed away in March 2025.

      terms of the Third Amended Settlement Agreement to continue to list cooperative compensation on the MLS PIN listing service. *See* [ECF No. 367].

2. The Court allowed the parties until April 22, 2025, to submit any revised Settlement Agreement for the Court's consideration. [ECF No. 368].

3. Since the April 1 hearing, Plaintiffs have engaged in several helpful and substantive conversations with MLS PIN and with the Department concerning potential further revisions to the Settlement Agreement in order to address the Court's and the Department's concerns.

4. The parties and the Department continue to confer in good faith and to make progress. However, the parties need additional time to attempt to finalize a resolution and, if a resolution is possible, to secure formal client (including from MLS PIN's board of directors) and Department approvals.

Separately, Plaintiffs' counsel has the sad duty to inform the Court that Randy Hirschorn, one of the three named Plaintiffs, passed away in March 2025. Plaintiffs' counsel is in the process of ascertaining the situation (including the appointment of an executor) and expects to file a formal suggestion of death and motion for substitution of parties under Fed. R. Civ. P. 25 in conjunction with any amended Settlement Agreement. However, this process is ongoing, and will take some additional time to fully evaluate and finalize.

      WHEREFORE, Plaintiffs and MLS PIN respectfully request a four-week extension, through and including May 20, 2025, to file an Amended Settlement Agreement (or to inform the Court that no agreement is possible).

Dated: April 21, 2025

/s/ Seth R. Klein _____
Robert A. Izard (pro hac vice)
Craig A. Raabe (pro hac vice)
Seth R. Klein (pro hac vice)
Christopher M. Barrett (pro hac vice)
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
(860) 493-6292
(860) 493-6290 fax
rizard@ikrlaw.com
craabe@ikrlaw.com
sklein@ikrlaw.com
cbarrett@ikrlaw.com

Christopher L. Lebsock (pro hac vice)
HAUSFELD LLP
580 California Street, 12th Floor
San Francisco, CA 94111
(415) 633-1908
clebsock@hausfeld.com

James Gotz (MA Bar #567157)
HAUSFELD LLP
One Marina Park Drive
Suite 1410
Boston, MA 02210
(617) 207-0600
jgotz@hausfeld.com

Jose Roman Lavergne (pro hac vice)
HAUSFELD LLP
1200 17th St. NW
Suite 600
Washington, D.C., 20036
(202) 540-7200
jlavergne@hausfeld.com

*Attorneys for Plaintiffs*

Respectfully Submitted,

/s/ Jon M. Anderson _____
Jon M. Anderson (MA Bar #557962)
BRENNAN SCUNGIO & KRESGE LLP
362 Broadway
Providence, RI  02909
(401) 453-2300
(401) 453-2345 fax
janderson@brcsm.com

J. Matthew Goodin (pro hac vice)
TROUTMAN PEPPER LOCKE LLP
111 South Wacker Drive
Suite 4100
Chicago, IL  60606
(312) 443-0472
jmgoodin@lockelord.com

*Attorneys for Defendant*

**Rule 7.1 Certification**

Pursuant to Local Rule 7.1(a)(2), counsel for Plaintiffs and MLS PIN conferred regarding the above motion and all such parties assent to the motion.

Dated: April 21, 2025

Respectfully submitted,

/s/ Seth R. Klein

Seth R. Klein (*pro hac vice*)
Robert A. Izard (*pro hac vice*)
Craig A. Raabe (*pro hac vice*)
Christopher M. Barrett (*pro hac vice*)

IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
(860) 493-6292
(860) 493-6290 fax

rizard@ikrlaw.com
craabe@ikrlaw.com
sklein@ikrlaw.com
cbarrett@ikrlaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I, Seth R. Klein, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing on April 21, 2025.

                                                                  */s/ Seth R. Klein*
                                                                  Seth R. Klein