UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER NOSALEK, RANDY HIRSCHORN and TRACEY HIRSCHORN, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br>        vs.<br><br>MLS PROPERTY INFORMATION NETWORK, INC., *et al.*,<br><br>                    Defendants. | No. 1:20-cv-12244-PBS<br><br>CLASS ACTION<br><br>May 20, 2025 |

### SECOND JOINT MOTION FOR EXTENSION OF TIME TO FILE FOURTH AMENDED SETTLEMENT AGREEMENT

Plaintiffs Jennifer Nosalek, Tracey Hirschorn and the estate of Randy Hirschorn (collectively, "Plaintiffs") and Defendant MLS Property Information Network, Inc. ("MLS PIN") hereby jointly and respectfully move for a second and final extension of time of nine (9) days, from Tuesday, May 20, 2025, through and including Thursday, May 29, 2025, to file a Fourth Amended Settlement Agreement ("FASA").

The parties are pleased to report that they have agreed to the terms of a revised FASA that address the concerns and reservations raised by the Court at the April 1, 2025, preliminary approval hearing.[1] Although the parties have completed drafting and agreed to the terms of the FASA, the parties respectfully request a short amount of additional time to obtain formal client

---

[1] The parties also conferred with the Antitrust Division of the United States Department of Justice, which discussions concluded on Friday, May 16, 2025.

signatures; to coordinate with the settlement administrator to ensure that the notice properly incorporates the updated terms; and to finalize the documents related to submission of the FASA. These efforts may be impacted by attorney, administrator, and client availability over the Memorial Day holiday weekend and surrounding days. Accordingly, the parties respectfully request a short nine-day final extension, through and including May 29, 2025, to file the FASA and related documents.

WHEREFORE, Plaintiffs and MLS PIN respectfully request that they be allowed a nine-day extension, through and including May 29, 2025, to file the FASA as set forth above.

Dated: May 20, 2025                                                 Respectfully Submitted,

 /s/ Seth R. Klein _____                            _/s/ Jon M. Anderson _____
Robert A. Izard (pro hac vice)                           Jon M. Anderson (MA Bar #557962)
Craig A. Raabe (pro hac vice)                            BRENNAN SCUNGIO & KRESGE LLP
Seth R. Klein (pro hac vice)                             362 Broadway
Christopher M. Barrett (pro hac vice)                    Providence, RI  02909
IZARD, KINDALL & RAABE, LLP                              (401) 453-2300
29 South Main Street, Suite 305                          (401) 453-2345 fax
West Hartford, CT 06107                                  janderson@brcsm.com
(860) 493-6292
(860) 493-6290 fax                                       J. Matthew Goodin (pro hac vice)
rizard@ikrlaw.com                                        TROUTMAN PEPPER LOCKE LLP
craabe@ikrlaw.com                                        111 South Wacker Drive
sklein@ikrlaw.com                                        Suite 4100
cbarrett@ikrlaw.com                                      Chicago, IL  60606
                                                         (312) 443-0472
Christopher L. Lebsock (pro hac vice)                    jmgoodin@lockelord.com
HAUSFELD LLP
580 California Street, 12th Floor                        *Attorneys for Defendant*
San Francisco, CA 94111
(415) 633-1908
clebsock@hausfeld.com

James Gotz (MA Bar #567157)
HAUSFELD LLP

One Marina Park Drive
Suite 1410
Boston, MA 02210
(617) 207-0600
jgotz@hausfeld.com

Jose Roman Lavergne (pro hac vice)
HAUSFELD LLP
1200 17th St. NW
Suite 600
Washington, D.C., 20036
(202) 540-7200
jlavergne@hausfeld.com

*Attorneys for Plaintiffs*

**Rule 7.1 Certification**

Pursuant to Local Rule 7.1(a)(2), counsel for Plaintiffs and MLS PIN conferred regarding the above motion and all such parties assent to the motion.

Dated: May 20, 2025                              Respectfully submitted,

                                                                    */s/ Seth R. Klein*
                                                 Seth R. Klein (*pro hac vice*)
                                                 Robert A. Izard (*pro hac vice*)
                                                 Craig A. Raabe (*pro hac vice*)
                                                 Christopher M. Barrett (*pro hac vice*)

                                                 IZARD, KINDALL & RAABE, LLP
                                                 29 South Main Street, Suite 305
                                                 West Hartford, CT 06107
                                                 (860) 493-6292
                                                 (860) 493-6290 fax

                                                 rizard@ikrlaw.com
                                                 craabe@ikrlaw.com
                                                 sklein@ikrlaw.com
                                                 cbarrett@ikrlaw.com

                                                 ***Attorneys for Plaintiffs***

**CERTIFICATE OF SERVICE**

       I, Seth R. Klein, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing on May 20, 2025.

                                                    */s/ Seth R. Klein*
                                                    Seth R. Klein