UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER NOSALEK, RANDY HIRSCHORN and TRACEY HIRSCHORN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br>vs.<br><br>MLS PROPERTY INFORMATION NETWORK, INC., *et al.*,<br><br>　　　　　　　　Defendants. | No. 1:20-cv-12244-PBS<br><br>CLASS ACTION<br><br>May 29, 2025 |

## SUGGESTION OF DEATH AND CONSENT MOTION
## FOR SUBSTITUTION OF PARTY

Pursuant to Fed. R. Civ. P. 25(a), counsel for Plaintiffs hereby regrets to inform the Court that Randy Hirschorn, one of three named Plaintiffs in this action, passed away on March 13, 2025. Mr. Hirschorn's mother, Mona Hirschorn, is executor of his estate.[1]

Accordingly, and after consultation with Ms. Hirschorn, Plaintiffs' counsel request that Mona Hirschorn, as executor of the Estate of Randy Hirschorn, be substituted in place of Randy Hirschorn as plaintiff in this action, to see this action through to completion on behalf of Mr. Hirschorn's estate.[2]

---

[1] Plaintiffs' counsel has not filed confirmatory documentation with this motion on the public docket in order to protect the privacy of Mr. Hirschorn's family. However, such documentation is available for review at the Court's or opposing counsel's request.

[2] Ms. Hirschorn, in her capacity as representative of Mr. Hirschorn's estate, is already the signatory of the Fourth Amended Settlement Agreement between Plaintiffs and MLS PIN also filed on this date.

5/30/25
Allowed
/s/ PBS