# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

Case No. 1:20-cv-12244-PBS

Nosalek, et al. v. MLS Property Information Network, Inc., et al.

## OBJECTION TO PROPOSED SETTLEMENT
Submitted by: William J. Funk and Susan M. Funk

To the Honorable Court:

We, William J. Funk and Susan M. Funk, jointly owned and sold residential property located at 34 Oneida Road, Acton, MA 01720 during the applicable class period. We are members of the proposed settlement class and wish to object to the terms of the Fourth Amended Settlement Agreement, specifically to the following issues:

### 1. Excessive Legal Fees and Unspecified Expenses
Plaintiffs' counsel seeks one-third (1/3) of the $3.95 million settlement fund—approximately $1.3 million—as attorneys' fees, plus additional unspecified expenses. This is disproportionate to the value provided to the class. In our case, we paid $15,375 in buyer-agent commission—yet under this settlement, we may receive approximately $30 or less. The disparity is striking and unjust. The legal work overlaps with national litigation in Burnett, and the fee request lacks itemized billing or time allocation for transparency.

### 2. Representation of Class Members and Recovery Allocation
We acknowledge that each of the three named plaintiffs—Jennifer Nosalek, Randy Hirschorn, and Tracey Hirschorn—sold a separate property in Easton, Stoughton, and Sharon, Massachusetts, respectively. However, many class members, including ourselves, jointly owned and sold property as a household and are treated as a single recovery unit. This treatment may result in underrepresentation or smaller proportional recoveries for similarly situated joint owners, raising questions of fairness in allocation. Greater transparency on how joint versus individual ownership affects claims would be helpful and appropriate.

## 3. Request for Relief

We respectfully request that:
- The Court reduce the attorneys' fee award to an amount proportionate to the actual benefit achieved for the class, based on lodestar analysis.
- Any expenses reimbursed be clearly documented and justified in public filings.
- A clear explanation be provided on how recovery amounts are determined per household vs. per individual owner.

We do not intend to appear at the final approval hearing but respectfully submit this written objection for the Court's consideration.

Respectfully submitted,

William J. Funk
74 East Main Street, Unit 2
Gloucester, MA 01930-3881
wjfunk18@gmail.com | 857-919-1039

Susan M. Funk
74 East Main Street, Unit 2
Gloucester, MA 01930-3881
SueMFunk@gmail.com | 508-331-1591

Date: July 17, 2025

Signature(s): _____ William J. Funk
              _____ Susan M. Funk