UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER NOSALEK, RANDY HIRSCHORN and TRACEY HIRSCHORN, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>vs.<br><br>MLS PROPERTY INFORMATION NETWORK, INC., *et al.*,<br><br>                Defendants. | No. 1:20-cv-12244-PBS |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT WITH DEFENDANT MLS PROPERTY INFORMATION NETWORK, INC.**

Plaintiffs[1] hereby move the Court, pursuant to Federal Rule of Civil Procedure 23(e), for an Order: (i) granting final approval of the proposed settlement ("Settlement") reached between Plaintiffs and MLS Property Information Network, Inc. ("MLS PIN") in the above captioned action; (ii) certifying the Settlement Class; (iii) granting final approval of the Plan of Distribution; (iv) appointing Izard Kindall & Raabe LLP and Hausfeld LLP as Settlement Class Counsel; and (v) granting final approval of the Notice Plan, and for such other and further relief as the Court deems appropriate.

In support of this Motion, Plaintiffs have filed a Memorandum of Law and separate supporting declarations of Class Counsel Seth R. Klein and Christopher L. Lebsock. A [Proposed] Final Judgment and Order was filed as an exhibit to the Declaration of Seth Klein in Support of

---

[1] Plaintiffs are Jennifer Nosalek, Mona Hirschorn, as executor of the Estate of Randy Hirschorn, and Tracey Hirschorn. ECF No. 384.

Plaintiffs' motion for preliminary approval of the Settlement. ECF No. 381-2 (Exhibit 2). Plaintiffs would be pleased to submit a Word version of the [Proposed] Final Judgment and Order to chambers should the Court so request.

Dated: July 25, 2025

Respectfully Submitted,

*/s/ Seth R. Klein*
Robert A. Izard (*pro hac vice*)
Craig A. Raabe (*pro hac vice*)
Seth R. Klein (*pro hac vice*)
Christopher M. Barrett (*pro hac vice*)
**IZARD, KINDALL & RAABE, LLP**
29 South Main Street, Suite 305
West Hartford, CT 06107
(860) 493-6292
(860) 493-6290 fax
rizard@ikrlaw.com
craabe@ikrlaw.com
sklein@ikrlaw.com
cbarrett@ikrlaw.com

Christopher L. Lebsock (*pro hac vice*)
**HAUSFELD LLP**
580 California Street
12th Floor
San Francisco, CA 94104
(415) 633-1908
clebsock@hausfeld.com

James Gotz (MA Bar #567157)
**HAUSFELD LLP**
One Marina Park Drive
Suite 1410
Boston, MA 02210
(617) 207-0600
jgotz@hausfeld.com

Daniel P. Weick (*pro hac vice*)
**HAUSFELD LLP**
33 Whitehall Street
14th Floor
New York, NY 10004
(646) 357-1100
dweick@hausfeld.com

>Jose Roman Lavergne (*pro hac vice*)
>**HAUSFELD LLP**
>1200 17th Street NW
>Suite 600
>Washington, D.C., 20036
>jlavergne@hausfeld.com

**CERTIFICATE OF SERVICE**

   I, Seth R. Klein, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing on July 25, 2025.

               */s/ Seth R. Klein*
               Seth R. Klein