UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER NOSALEK, RANDY HIRSCHORN and TRACEY HIRSCHORN, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>MLS PROPERTY INFORMATION NETWORK, INC., *et al.*,<br><br>                    Defendants. | No. 1:20-cv-12244-PBS |

**PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES AND CASE CONTRIBUTION AWARDS**

Plaintiffs[1] hereby move the Court pursuant to Federal Rule of Civil Procedure 23(h) for an Order: (i) awarding attorneys' fees to Class Counsel in the amount of $1,315,350.00; (ii) awarding Class Counsel the additional amount of $200,000.00 for expenses reasonably and necessarily incurred in the prosecution of this litigation; and (iii) awarding Plaintiffs $5,000 each for their time and effort on behalf of the Settlement Class.

In support of this Motion, Plaintiffs have filed a Memorandum of Law and separate supporting declarations of Seth R. Klein and Christopher L. Lebsock.  A [Proposed] Order Awarding Attorneys' Fees, Reimbursement of Litigation Expenses and Case Contribution Awards is submitted herewith as Exhibit A. Plaintiffs would be pleased to submit a Word version of the [Proposed] Order to chambers should the Court so request.

---

[1] Plaintiffs are Jennifer Nosalek, Mona Hirschorn, as executor of the Estate of Randy Hirschorn, and Tracey Hirschorn. ECF No. 384.

Dated: July 25, 2025                                       Respectfully Submitted,

*/s/ Seth R. Klein*
Robert A. Izard (pro hac vice)
Craig A. Raabe (pro hac vice)
Seth R. Klein (pro hac vice)
Christopher M. Barrett (pro hac vice)
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
(860) 493-6292
(860) 493-6290 fax
rizard@ikrlaw.com
craabe@ikrlaw.com
sklein@ikrlaw.com
cbarrett@ikrlaw.com

Christopher L. Lebsock (pro hac vice)
HAUSFELD LLP
580 California Street
12th Floor
San Francisco, CA 94104
(415) 633-1908
clebsock@hausfeld.com

James Gotz (MA Bar #567157)
HAUSFELD LLP
One Marina Park Drive
Suite 1410
Boston, MA 02210
(617) 207-0600
jgotz@hausfeld.com

Daniel P. Weick (pro hac vice)
HAUSFELD LLP
33 Whitehall Street
14th Floor
New York, NY 10004
(646) 357-1100
dweick@hausfeld.com

Jose Roman Lavergne (pro hac vice)
HAUSFELD LLP
1200 17th Street NW

2

Suite 600
Washington, D.C., 20036
(202) 540-7200
jlavergne@hausfeld.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I, Seth R. Klein, hereby certify that on this 25th day of July, 2025, the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access these documents though the court's CM/ECF system.

                                                   */s/ Seth R. Klein*
                                                   Seth R. Klein