UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER NOSALEK, RANDY HIRSCHORN and TRACEY HIRSCHORN, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br>  vs.<br><br>MLS PROPERTY INFORMATION NETWORK, INC., *et al.*,<br><br>                Defendants. | No. 1:20-cv-12244-PBS |

**DECLARATION OF CHRISTOPHER L. LEBSOCK IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT AND MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES AND <u>CASE CONTRIBUTION AWARDS</u>**

I, Christopher L. Lebsock, state under oath, as follows:

1. I am a partner at Hausfeld LLP ("Hausfeld"). I am one of the attorneys for Jennifer Nosalek, Mona Hirschorn, as executor of the Estate of Randy Hirschorn, and Tracey Hirschorn ("Plaintiffs"). I submit this declaration in support of Plaintiffs' motion for final approval of settlement and motion for attorneys' fees, reimbursement of litigation expenses, and case contribution awards. I have personal knowledge of the matters set forth herein and, if called to testify as a witness, could testify competently thereto.

2. Hausfeld has significant experience with antitrust litigation and class actions. A copy of Hausfeld's firm resume is attached as Exhibit A. The attorneys working on this case for Plaintiffs are experienced lawyers who have substantial experience prosecuting large-scale class actions and antitrust litigation. The Declaration of Seth Klein, filed concurrently herewith, will provide a detailed description of the work undertaken by Izard Kindall & Raabe LLP ("IKR") and Hausfeld as co-counsel ("Co-Counsel") for Plaintiffs.

## I.    Attorneys' Fees

3. Hausfeld, on behalf of Plaintiffs, has litigated this case in the face of vigorous opposition by experienced counsel. This has required the investment of a significant amount of attorney time, which Hausfeld has expended on a wholly contingent basis.

4. The hourly rates for Hausfeld's attorneys and professional support staff are the firm's standard hourly rates for 2025. The schedule below is a summary reflecting the amount of time spent by the attorneys and professional support staff of Hausfeld who were involved in this litigation, through July 10, 2025, and the lodestar calculation based on Hausfeld's 2025 billing rates. For attorneys who are no longer with the firm, we used their hourly rate as of their departure.

The following schedule was prepared from daily time records regularly prepared and maintained by Hausfeld, which are available for *in camera* review at the request of the Court.

| Name | Title | Current Rate | Sum of Hours | Sum Current Amount |
|---|---|---|---|---|
| Berkoh, Hazel | Paralegal | 370.00 | 603.80 | 223,406.00 |
| Hamilton, James | Associate | 480.00 | 133.70 | 64,176.00 |
| Kim, Hwajeong | Contract Attorney | 450.00 | 710.70 | 319,815.00 |
| Lavergne, Jose | Associate | 560.00 | 1,232.30 | 690,088.00 |
| Lebsock, Christopher | Partner | 1,130.00 | 98.00 | 110,740.00 |
| Martin, Scott | Partner | 1,400.00 | 26.10 | 36,540.00 |
| Oliver, Jim | Senior Staff Attorney | 515.00 | 837.60 | 431,364.00 |
| Spraggins, Halli | Associate | 540.00 | 244.30 | 131,922.00 |
| Weick, Daniel | Counsel | 880.00 | 175.70 | 154,616.00 |
| **Grand Total** | | | **4,062.20** | **2,162,667.00** |

5. As the above chart shows, Hausfeld's time through July 10, 2025, totaled 4,062.20 hours for a lodestar of $2,162,667.00.

II. **Expenses**

6. As Co-Counsel, IKR and Hausfeld established a litigation fund to pay for certain litigation expenses, including the costs of experts. Both firms contributed to the litigation fund. Hausfeld has maintained the litigation fund and recorded and documented the legal expenses paid out of that fund. As detailed and categorized in the below schedule through July 10, 2025, $345,900.37 has been incurred from that fund and $8,928.45 has been incurred by Hausfeld in connection with the prosecution of this litigation that have not been paid out of the fund. The total is $354,828.82. These expenses were reasonably necessary to the prosecution of this action, and are of the type

3

that counsel normally incurs in litigation that would be reimbursed by clients under fee arrangements where the client was paying expenses. The following schedule was prepared from accounting records regularly prepared and maintained by Hausfeld, which are available for *in camera* review at the request of the Court.

| Expense Category | Expenses through July 10, 2025 |
| --- | --- |
| Printing and Photocopies | $35.76 |
| Document Review Hardware/Hosting | $5,562.94 |
| Expert Fees | $335,682.60 |
| Airfare, Hotel & Travel Expenses | $484.33 |
| Messenger/Delivery Services | $4,803.41 |
| Legal Research Services | $8,259.78 |
| **Total** | **$354,828.82** |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: July 25, 2025

*/s/ Christopher L. Lebsock*
Christopher L. Lebsock

## **CERTIFICATE OF SERVICE**

      I, Seth R. Klein, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing on July 25, 2025.

                                                                  */s/ Seth R. Klein*
                                                                  Seth R. Klein