```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
_____
                                    )
JENNIFER NOSALEK, RANDY HIRSCHORN,  )
and TRACEY HIRSCHORN, individually  )
and on behalf of all others         )
similarly situated,                 )
                                    )
                    Plaintiffs,     )
                                    )   Civil Action
v.                                  )   No. 20-cv-12244-PBS
                                    )
MLS PROPERTY INFORMATION NETWORK,   )
INC., et al.,                       )
                                    )
                    Defendants.     )
_____)
```

**ORDER OF ADMINISTRATIVE STAY/CLOSING**

Saris, J.

On September 29, 2025, the Court granted final approval to the class settlement between Plaintiffs and Defendant MLS Property Information Network, Inc. The Court previously stayed the claims against the remaining defendants pending finalization of settlements with those defendants in <u>Burnett v. National Ass'n of Realtors, et al.</u>, No. 4:19-cv-00332 (W.D. Mo.). The district court's approvals of those settlements are on appeal before the Eighth Circuit. Accordingly, it is hereby **ORDERED** that the above-captioned case is administratively closed pending final resolution of those appeals without prejudice to the right of any party to restore the case to the active docket.

```
                                By the Court,
                                Robert Farrell, Clerk

October 3, 2025                 /s/ Clarilde Karasek
Date                            Deputy Clerk
```